1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                         NORTHERN DISTRICT OF CALIFORNIA

7

8    SECURITIES AND EXCHANGE                  Case No.  14-cv-04825-JSC
     COMMISSION,

9                 Plaintiff,

10         v.                                 **ORDER RE:  SEVERANCE**

11   SASAN SABRDARAN, et al.,

12                Defendants.

13

14         In this action, Plaintiff Securities and Exchange Commission alleges that Defendants Sasan

15   Sabrdaran and Farhang Afsarpour have violated various provisions of the Securities Exchange

16   Act.  (Dkt. No. 1.)  Plaintiff and Sabrdaran each filed a consent to proceed before the undersigned

17   magistrate judge and have appeared in this case.  (Dkt. Nos. 11, 12.)  Sabrdaran has filed motions

18   to dismiss and strike portions of the complaint.  (Dkt. Nos. 21, 22.)  Afsarpour, however, has not

19   yet been served, filed an answer or other response to the complaint, or appeared in this action, and

20   therefore has not yet consented to proceed before a magistrate judge.  The Court cannot decide one

21   defendant's motion to dismiss where, as here, another defendant has not yet appeared or consented

22   to the jurisdiction of a magistrate judge.  *See* 28 U.S.C. § 636(b).  The Court can, however,

23   proceed over Plaintiff's claims against Sabrdaran, including decision on the pending motions, if

24   the appearing parties agree to sever Plaintiff's claims against Afsarpour.

25         Accordingly, if both appearing parties wish to sever Plaintiff's claims against Afsarpour

26   from Plaintiff's claims against Sabrdaran, then they shall file by February 2, 2015 a stipulation to

27   sever the case against Afsarpour.  If both parties do not agree to severance, then by that same date

28   they shall jointly file a letter informing the Court that it should reassign the action.  In light of this

United States District Court
Northern District of California

order, the Case Management Conference previously set for January 29, 2015 is continued to February 26, 2015 at 9:00 a.m.

**IT IS SO ORDERED**.

Dated:  January 26, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge