UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>SASAN SABRDARAN, et al.,<br><br>    Defendants. | Case No.  14-cv-04825-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has reviewed the parties' Joint Case Management Conference Statement. (Dkt. No. 46.) Plaintiff has not made a sufficient showing for modification of the 15 deposition per side limit at this time and thus the Court declines to extend it. This ruling is without prejudice to a showing at a later date, and after at least some depositions have been conducted, that more are actually necessary.

The Court continues the Case Management Conference scheduled for August 20, 2015 to **February 11, 2016 at 1:30 p.m**. The parties shall submit an updated joint case management conference statement one week before the conference. The Court will be particularly interested in whether the parties should be referred to a magistrate judge for a settlement conference and, if so, the appropriate timing for such a conference.

**IT IS SO ORDERED.**

Dated: August 14, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge