UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>SASAN SABRDARAN, et al.,<br><br>        Defendants. | Case No.  14-cv-04825-JSC<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

The Court held a Case Management Conference in this matter on February 11, 2016. Upon consideration of the discovery disputes addressed in the parties' Joint Case Management Conference Statement (Dkt. No. 54), and for the reasons set forth on the record in open court, it is ORDERED that the time permitted under Federal Rule of Civil Procedure 30(d)(1) for the deposition of each Defendant is increased to ten (10) hours. It is further ORDERED that the deadline for fact discovery is extended for two additional months to May 27, 2016. All other dates and requirements of the Pretrial Order (Dkt. No. 37) remain in place.

**IT IS SO ORDERED.**

Dated: February 12, 2016

JACQUELINE SCOTT CORLEY
United States Magistrate Judge