KENNETH W. DONNELLY
E-mail: donnellyk@sec.gov
JAMES E. SMITH
E-mail: smithja@sec.gov
Attorneys for the Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-5949
Telephone: (202) 551-4946 (Donnelly)
Telephone: (202) 551-5882 (Smith)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SASAN SABRDARAN, et al.<br><br>　　　　　Defendant. | Case No. 3:14-cv-4825 (JSC)<br><br>**NOTICE OF LODGING OF TRANSCRIPTS OF THE VIDEO DEPOSITION TESTIMONY OF BALVINDER NIJJAR, SHAHROKH VASSEGHI, AND SAHAB SEPAHPOURFARD, AS SHOWN TO JURY ON TRIAL DAY 7**<br><br>Trial Date: October 17, 2016<br>Honorable Jacqueline Scott Corley<br>Courtroom D, 15th Floor |

　　　　Attached as Exhibit 1 are the transcripts of the deposition testimony of Balvinder Nijjar,

Shahrokh Vasseghi, and Sahab Sepahpourfard as presented to the jury by video on October 31,

2016 (Trial Day 7).


Dated: October 31, 2016　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　/s/ Kenneth W. Donnelly
　　　　　　　　　　　　　　　　　KENNETH W. DONNELLY
　　　　　　　　　　　　　　　　　JAMES E. SMITH

　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　SECURITIES AND EXCHANGE COMMISSION

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October 2016, I caused the foregoing to be filed via the Court's ECF system and for additional copies to be served on the following parties via electronic mail:

> MARK P. FICKES (SBN 178570)
> THERESE Y. CANNATA (SBN 88032)
> KIMBERLY A. ALMAZAN (SBN 288605)
> CANNATA, O'TOOLE, FICKES & ALMAZAN LLP
> 100 Pine Street, Suite 350
> San Francisco, CA 94111
> Telephone:  (415) 409-8900
> Email: mfickes@cofalaw.com
>
> Attorneys for Defendant
> SASAN SABRDARAN
>
>
> CHRISTOPHER C. COOKE (SBN 142342)
> MURPHY COOKE KOBRICK LLP
> 177 Bovet Road, Suite 600
> San Mateo, CA 94402
> Telephone: (650) 638-2370
> Email: ccooke@mckllp.com
>
> Attorney for Defendant
> FARHANG AFSARPOUR

/s/ Kenneth W. Donnelly
Kenneth W. Donnelly

# Exhibit 1

**Case Clip(s) Detailed Report**
**Monday, October 31, 2016, 5:12:11 PM**

### SEC v Sabrdaran

---

 **Nijjar, Balvinder (Vol. 01) - 10/26/2015**          1 CLIP  (RUNNING 01:18:40.659)

 DIRECT

**BN-1026-0000710-001-001          39 SEGMENTS  (RUNNING 01:18:40.659)**          

**1.  PAGE 6:06 TO 6:25 (RUNNING 00:01:11.451)**

```
06                  THE VIDEOGRAPHER:  Thank you.
07 Would the Court Reporter please swear in the
08 witness and we can proceed.
09                  Mr Balvinder Nijjar
10                  having been duly sworn
11                  testified as follows:
12          EXAMINED BY MR DONNELLY:
13                  MR DONNELLY:  Welcome, Mr Nijjar.
14 Thank you.
15                  THE WITNESS:  Thank you.
16                  MR DONNELLY:  You know my name is
17 Ken Donnelly and I am one of the attorneys
18 representing the Securities and Exchange
19 Commission in this case.  My colleague with me
20 here today is Jim Smith.
21          Q.     I will be asking the first set of
22 questions and then that will be followed by any
23 questioning that counsel for the defendants would
24 like to make of you; do you understand that?
25          A.     Yes.
```

**2.  PAGE 7:08 TO 7:12 (RUNNING 00:00:15.598)**

```
08          Q.     Will you, please, spell for the
09 Court Reporter your entire name?
10          A.     It is Balvinder Nijjar. It is
11 B-A-L-V-I-N-D-E-R and the surname is Nijjar, is
12 N-I-J-J-A-R.
```

**3.  PAGE 8:02 TO 8:18 (RUNNING 00:00:30.016)**

```
02          Q.     And does your passport correctly
03 indicate that you are a citizen of the United
04 Kingdom?
05          A.     Yes.
06          Q.     And are you a citizen of any other
07 country?
08          A.     Yes.
09          Q.     And were you born in the UK?
10          A.     No.
11          Q.     Where were you born?
12          A.     In India.  Punjab.
13          Q.     And do you regularly visit any
14 country other than India or the United Kingdom?
15          A.     I have not visited any country yet.
16          Q.     Have you been to the United States?
17          A.     I went in 1981 I think it was and
18 2001.
```

**4.  PAGE 9:02 TO 12:24 (RUNNING 00:04:22.023)**

```
02          Q.     That is sufficient. Where in the
03 United Kingdom do you live, sir?
04          A.     Manchester.
05          Q.     And for how long have you lived in
06 Manchester?
```

Case Clip(s) Detailed Report
Monday, October 31, 2016, 5:12:11 PM

## SEC v Sabrdaran

```
07            A.      Moved here in 1985.
08            Q.      What is it that you do for a
09  living?
10            A.      I am a pharmacist.
11            Q.      And where do you work as a
12  pharmacist?
13            A.      It is a small pharmacy about half a
14  mile from here.
15            Q.      And that is in Manchester?
16            A.      Yes.
17            Q.      And what is the name of your
18  pharmacy?
19            A.      Faith Pharmacy.
20            Q.      And were you a pharmacist at Faith
21  Pharmacy in December of 2010?
22            A.      Yes.
23            Q.      What kind of annual income were you
24  making as a pharmacist at Faith Pharmacy in
25  Manchester in December of 2010?
00010:01            A.      Normally in those days the pharmacy
02  turned anything between #40,000 to #55,000 a year.
03            Q.      Do you know an individual named
04  Farhang Afsarpour?
05            A.      Yes.
06            Q.      Does he also live in Manchester?
07            A.      Yes.
08            Q.      How do you know he lives in
09  Manchester?
10            A.      I have known him for a very long
11  time, 20 years.  So he has got businesses in
12  Manchester.  He has his residence in Manchester.
13  I have seen him.  I know where he lives so that is
14  it.  I know he lives in Manchester.
15            Q.      Have you frequently been to his
16  home?
17            A.      No.
18            Q.      How often would you say you have
19  been to his home?
20            A.      I think there was a phase when we
21  were trading partners back in 2002 or '3 that we
22  used to compare notes on trading.  Then I think I
23  spent a whole week at his flat during the time
24  that he -- other than that maybe once every
25  2 years or something.
00011:01            Q.      Just very briefly, could you
02  elaborate on what you mean by being a trading
03  partner with Mr Afsarpour?
04            A.      Well, we thought we could trade
05  together, compare notes and see who is doing what,
06  learn from each other and we decided to do very
07  short-term trading on the NASDAQ index.
08            Q.      So when you refer to Mr Afsarpour
09  as a former trading partner you are referring to
10  trading in securities and other financial
11  instruments?
12            A.      No, for that particular week just
13  for the NASDAQ index.  We were just trying to test
14  the method out.
15            Q.      And would you explain what the
16  NASDAQ index is, please?
17            A.      It is one of the indexes which
18  comprises majority of the technology companies in
19  the United States.
20            Q.      So you have known Mr Afsarpour for
21  20 years or so?
22            A.      I bought my first car from his
```

### SEC v Sabrdaran

```
        23   garage back in 1989 or something, so I would
        24   imagine that is 25 years.
        25        Q.      How would you describe the status
00012:01   and the nature of your relationship with
        02   Mr Afsarpour in -- at the end of 2010?
        03        A.      We were still friends, as we always
        04   have been.  Nothing different.  I did not see
        05   anything different at all.
        06        Q.      Did you frequently talk with
        07   Mr Afsarpour about any financial investments?
        08        A.      Yes, we talked about financial
        09   investments all the time.
        10        Q.      Are you aware that Mr Afsarpour is
        11   a defendant in this case?
        12        A.      Yes, I realise that now.
        13        Q.      And have you been close enough to
        14   Mr Afsarpour that he has asked you to manage his
        15   investments while he travelled?
        16        A.      Once.
        17        Q.      And could you describe that,
        18   please?
        19        A.      Yes, he had one of the stock broker
        20   accounts.  I cannot remember whether it was IG
        21   Index or CMC Markets.  He went away and he said,
        22   "would you please keep an eye on it". He gave me
        23   his password to log. And I looked at it and that
        24   only lasted about a week and that is it.
```

**5. PAGE 14:08 TO 14:19 (RUNNING 00:00:42.491)**

```
        08        Q.      Okay. And have you ever made an
        09   investment through a spread betting firm?
        10        A.      Yes.
        11        Q.      What is a spread betting firm?
        12        A.      It is -- from what I make of it it
        13   is -- they make artificial prices based on the
        14   underlying security.  And you bet on those prices
        15   with a view to predicting whether they will go up
        16   or down.  In both cases either you make money or
        17   you lose money depending on your position in the
        18   market. There is no physical securities at all. It
        19   is purely speculation on numbers.
```

**6. PAGE 14:20 TO 15:08 (RUNNING 00:00:33.334)**

```
        20        Q.      Okay. And which spread betting
        21   firms have you personally made an investment
        22   through?
        23        A.      I have made it -- I will not say
        24   they are investments, they are more like trading
        25   investments would be, say, long-term, but this was
00015:01   trading.  Speculation on the short-term.
        02        Q.      All right, so we will call it
        03   trades.
        04        A.      Yes, it would be IG Index and the
        05   CMC Markets.
        06        Q.      And in 2010 did you have a spread
        07   betting account with IG Index?
        08        A.      Yes.
```

**7. PAGE 27:02 TO 28:04 (RUNNING 00:01:23.198)**

```
        02        Q.      And in December 2010, did you
        03   eventually come to place spread bets in this
        04   account relating to a company in the United
        05   States?
        06        A.      One trade that I did on that.  As
        07   well as the indices.  I do not know --
```

### SEC v Sabrdaran

```
08          Q.      We will get into that.
09          A.      -- sorry.
10          Q.      So which US company did you place a
11  spread bet on in this account?
12          A.      I placed bets on the index, the Dow
13  Jones industrial average, FTSE 100 and a company
14  called InterMune.
15          Q.      InterMune?
16          A.      Yes.
17          Q.      Okay. I would like to show you now
18  some trading records that we received from IG
19  Index.
20          A.      Yes.
21          Q.      These are statements that are dated
22  December 14th, December 15th, December 16th,
23  December 17th, December 28th and December -- hold
24  on -- December 21st.  And the statements relate to
25  trading that you did from the time period of
00028:01  December 13th through December 20th, okay?  And
02  just for the record I will identify the Bates
03  numbers of this next exhibit which we will have
04  marked as Exhibit 20. The Bates number range is
```

**8.  PAGE 28:07 TO 30:13  (RUNNING 00:02:46.288)**

```
07          (Exhibit 20 marked for identification)
08  Sir, take a look at these -- Exhibit 20 and just
09  confirm for me that you recognise these statements
10  and that they relate to the dates that I
11  mentioned?
12          A.      Yes.
13          Q.      Were these the kinds of statements
14  provided to you by IG?
15          A.      Yes.
16          Q.      And do these records accurately
17  reflect your spread betting activity at IG Index
18  on the dates of December 13th through December
19  20th?
20          A.      Yes.
21          Q.      I would like to now take a look at
22  a specific transaction in the company with the
23  trading symbol ITMN.  Let me show you that.  If
24  you will turn to the document that is numbered
25  0001177, are you there?
00029:01          A.      Yes. Do you see the symbol -- actually
02          Q.      Do you see the symbol -- actually
03  do you see the name, "InterMune Inc"?
04          A.      Yes.
05          Q.      Okay.
06          A.      Is it under the:  "Orders to open
07  new positions"?
08          Q.      Yes, do you see that?
09          A.      Yes.
10          Q.      Did you place an order with IG to
11  open a new position with respect to InterMune Inc?
12          A.      Yes.
13          Q.      Describe for me the order that you
14  placed that is reflected on this page of Exhibit
15  20.
16          A.      It was an order placed for #10 a
17  point for this particular company's price to go
18  down to $12.50, at which point I will probably
19  enter the market at #10 a point.
20          Q.      So you were seeking to enter at #10
21  a point in order for the company's stock to go up
22  in value?
23          A.      Yes.
```

### SEC v Sabrdaran

```
         24          Q.      Where were you when you placed this
         25  order?
00030:01          A.      I cannot be 100 per cent sure, but
         02  looking at the time when it was placed at 5.00 or
         03  6.00 chances are fairly good that I would be at
         04  work.
         05          Q.      Do you remember if you placed this
         06  order by on-line or by telephone?
         07          A.      On-line.
         08          Q.      How are you so sure of that?
         09          A.      Well, I cannot be sure of that, but
         10  that is how the majority of my trading was done.
         11          Q.      And how are you connected on-line
         12  at work?
         13          A.      Through the Internet.
```

**9.  PAGE 30:22 TO 31:03  (RUNNING 00:00:18.116)**

```
         22          Q.      What -- in what way were you
         23  connected to the Internet at work in 2010?
         24          A.      We had to install a separate line
         25  purely for the trading purposes that I was going
00031:01  to do.  And that line was purely connected to my
         02  computer alone.  The pharmacy had its own internet
         03  connections outside of the dispensary.
```

**10.  PAGE 31:12 TO 39:20  (RUNNING 00:10:08.343)**

```
         12          Q.      Were you with Mr Afsarpour when you
         13  placed this order?
         14          A.      Not at 5 past -- 6 past 5.00.  I
         15  would be at work.  I cannot recall 5 years ago,
         16  but looking at the time I should have been at
         17  work.
         18          Q.      Okay. Now, what had you interested
         19  in placing a spread bet on a company such as
         20  InterMune on December 14, 2010?
         21          A.      I think we have been through the
         22  whole thing only a couple of days ago, and we have
         23  done that a few years ago as well. Unless you
         24  intend me to go through the whole scenario what
         25  happened.
00032:01          Q.      I just want for this official
         02  record you to answer how is it you became
         03  interested in the company InterMune on NASDAQ in
         04  the United States in placing a spread bet on that
         05  company as of December 14, 2010?
         06          A.      Right. What happened was I was
         07  actually testing my own method when -- like always
         08  Mr Afsarpour always pointing out these companies
         09  to me.  He pointed out, have a look at InterMune
         10  chart, see what you think.
         11              Prior to this happening a few days,
         12  maybe a week or maybe more, I looked at a chart
         13  and I told him that I do not actually see
         14  anything, therefore, I would not be doing anything
         15  because it does not meet my criteria to carry out
         16  a trade.
         17              Then during conversations which we
         18  always had he said to me have a look again, see if
         19  the chart has changed, which I did look, and the
         20  chart had changed.  The price had moved, and my
         21  criteria for a trade was there.
         22              Now, normally I would not be
         23  trading, but because it was just there pointed out
         24  I had a look at it and it looked like it could
         25  make a little bit of money so I placed that limit
00033:01  order to buy at $12.50 if the price ever goes down
```

Case Clip(s) Detailed Report
Monday, October 31, 2016, 5:12:11 PM

## SEC v Sabrdaran

```
02  there. But I do not think that order ever got hit.
03  Then the --
04        Q.      All right. Let me back up.  That is
05  fine.  You are doing fine. Now, you said you
06  were -- you felt your criteria was met?
07        A.      Yes.
08        Q.      How did you determine that your
09  criteria had been met for this trade?
10        A.      One of the criteria was that the
11  price has to be going up on a higher volume than
12  normal to -- it had to close above the 50-day
13  moving average or some average.  I cannot remember
14  what average I was using at the time.  And all
15  those things tallied, as well as the option's
16  volatility had gone up prior, a couple of days
17  prior to me placing the order which indicates that
18  this stock might go up. It is not definite, but it
19  might go up.  That is why that limit order was
20  placed that hopefully it will come back down.
21  Then it will hit my order, but it did not.
22        Q.      But do I understand correctly for
23  you to have said that you do not remember the
24  exact criteria because you cannot remember the
25  moving average?
00034:01        A.      I know a moving average was used,
02  but having said that, when we were testing our
03  other NASDAQ trading a few years prior to that our
04  moving average lengths were different.  Moving
05  average was one of the criteria that might have
06  been different.  I remember vaguely that it might
07  have a 50-day moving average.
08        Q.      When you say "we" you are talking
09  about you and Mr Afsarpour testing these theories?
10        A.      Those were on the NASDAQ index a
11  good few years before that.
12        Q.      Right, but you are talking about
13  testing this with Mr Afsarpour, correct?
14        A.      Yes, we sat together and we traded
15  together. And we lost a lot of money in the
16  process.
17        Q.      You know approximately when
18  Mr Afsarpour called you back to say look at it
19  again, as you say?
20        A.      Because we used to trade a lot we
21  were talking every day.  He could have said that
22  on any day.  Nothing specific.  He did not
23  specifically pick up the phone and said can you
24  have a look at that.  It would have been during a
25  conversation about other things too.
00035:01        Q.      Would you have ever made this --
02  would you have ever placed this order except with
03  Mr Afsarpour's prompting?
04        A.      Probably not.
05        Q.      Were you looking at all to place
06  any spread bets on a company in the United States?
07        A.      No.
08        Q.      Did Mr Afsarpour tell you at any
09  time that InterMune was seeking regulatory
10  approval to market a drug?
11        A.      No.
12        Q.      Did he tell you at any time that it
13  was likely that InterMune would receive approval
14  for such a drug?
15        A.      No.
16        Q.      To what extent did he share
17  anything with you about the company other than
```

## SEC v Sabrdaran

```
18   moving averages and the other things you said?
19        A.     Majority of the time it was purely
20   technical analysis.  But I asked him why would you
21   be interested in such a company, he said because
22   these volatile companies when they make
23   announcements their share prices change.  That is
24   about it.
25        Q.     In December of 2010, how many times
00036:01   would you say you spoke to Mr Afsarpour about
02   InterMune?
03        A.     Not many. Maybe once or twice.  But
04   we talked a lot about other things, other charts
05   and other indices.  About InterMune very little.
06        Q.     Is this the first time you had
07   placed a spread bet on a company in your spread
08   betting account with IG Index?
09        A.     No.  I have placed spread
10   betting -- spread bets on companies long before
11   that. I just cannot understand why they were
12   saying that we just opened the account when I was
13   trading with them years before that as well.
14   Honestly I shut that account down.  I did not
15   trade for a while.
16        Q.     I see. Did Mr Afsarpour ever tell
17   you that he had a close friend at InterMune?
18        A.     No.
19        Q.     Did he ever tell you he knew anyone
20   at InterMune?
21        A.     No.
22        Q.     Now, after the trade did you place
23   spread bets on other items that Mr Afsarpour had
24   recommended at this time?
25        A.     Not at this time.  But we have done
00037:01   together on other things like indices.
02        Q.     Okay. Looking at this 1st
03   December 14th order to open a new position you
04   testified that was never filled because the price
05   never dropped sufficiently for the order to be
06   filled, is that correct?
07        A.     Yes.
08        Q.     That in this particular order you
09   were looking if it should be filled for the price
10   of InterMune stock to rise, is that correct?
11        A.     Normally when something goes up
12   like that it normally tends to do a little pull
13   back. In fact, it is just a standard in virtually
14   all markets.  When something rises rapidly it does
15   a pull back. And that normally is time for me to
16   get in.  That is when I place the order at that
17   point.
18        Q.     So do I understand correctly you
19   were looking for it to go up, but you were waiting
20   to it to pull back just a bit to buy it so then it
21   would go up even more?
22        A.     Yes, absolutely.
23        Q.     Now, that is a trade that we -- or
24   not a trade, but an actual order that was never
25   filled?
00038:01        A.     Yes.
02        Q.     That you entered on December 14th
03   around 5.06 pm?
04        A.     Yes.
05        Q.     Did there come a time later that
06   you entered another spread bet as it relates to
07   the securities of InterMune?
08        A.     Not a spread bet, no.
```

## SEC v Sabrdaran

```
09            Q.      Two days later did you place
10   another trade with IG Index relating to InterMune?
11            A.      Yes, I did.
12            Q.      Let us look at that.  If I could
13   turn you to what is Bates labelled in Exhibit 20
14   SEC-IG-Group-E-0001181; do you see that?
15            A.      Yes.
16            Q.      Okay. Do you remember placing this
17   trade?
18            A.      Yes.
19            Q.      Can you describe for me the trade
20   you placed there that is indicated under the
21   heading:  "Financial Current Open Positions"?
22            A.      Yes, I placed an order for 50
23   options to be bought at the going price at the
24   time.
25            Q.      Okay. And what options were you
00039:01   seeking to place a bet on?
02            A.      How do you mean what option?
03            Q.      Were you seeking to place a bet on
04   the direction of the options?
05            A.      Well, absolutely.  I still believe
06   looking at the chart that the share price would go
07   up a couple of dollars maybe.  So I worked out
08   where it is likely to go.  I placed the order
09   according to that.
10            Q.      Did you have any conversations with
11   Mr Afsarpour between December 14th and December
12   16th that prompted you to now place this kind of
13   trade?
14            A.      I cannot recall any specific one
15   about this particular trade.  I might have said,
16   yes, it is likely to go because the criteria was
17   met.  I thought I would go and place an order at a
18   low risk.
19            Q.      Is it fair to say this is a fairly
20   leveraged trade?
```

**11. PAGE 39:24 TO 40:03  (RUNNING 00:00:14.544)**

```
24            A.      All trading that we did was
25   leveraged.  Nothing is where you put 100 per cent
00040:01   of the money.  Everything is traded on margin,
02   whether it was the options or the spread betting.
03   It is all leveraged.
```

**12. PAGE 41:03 TO 41:06  (RUNNING 00:00:07.842)**

```
03            Q.      How did you place this trade, to
04   your recollection?
05            A.      I cannot remember exactly, but I
06   think I made a phone call to him.
```

**13. PAGE 41:10 TO 49:01  (RUNNING 00:06:48.595)**

```
10            Q.      I would like to now mark as
11   Exhibits 21, 22 and 23 three additional wav files
12   and play those.  The Bates numbers are
13   SEC-IGGroup-E-0001623, 1625 and 1626.  And
14   according to IG's records these are phone calls
15   that occurred on December 16, 2010.  And I will
16   play those.  My question will be the same as
17   before, if you recognise this as your voice?
18            A.      Sure.
19            (Fourth audio recording played)
20            "HANNAH IG:  IG, Hannah speaking.
21            MR NIJJAR:  Oh, hi, can I place an
22   order to buy some options, please?
```

## SEC v Sabrdaran

```
        23              HANNAH IG:  Yes, sure, so was it
        24  equity options?
        25              MR NIJJAR:  Sorry?
00042:01              HANNAH IG:  You want to buy some
        02  options?  Is it equity options?
        03              MR NIJJAR:  Yes, please.
        04              HANNAH IG:  That is fine.  I will
        05  put you through to -- have you got your account
        06  number there?
        07              MR NIJJAR:  Yes, I have.
        08              HANNAH IG:  Well, when you are
        09  ready can I take it?
        10              MR NIJJAR:  Sorry about that.  I am
        11  just trying to look on this chart. I never placed
        12  an order --
        13              HANNAH IG:  I can put your user
        14  name if that is easier.
        15              MR NIJJAR:  Okay, user name is
        16  N3468.
        17              HANNAH IG:  Yes.  That is
        18  excellent.  And your full name?
        19              MR NIJJAR:  It is Mr Balvinder
        20  Nijjar.
        21              HANNAH IG:  Okay.  Did you say it
        22  was 3468 the number?
        23              MR NIJJAR:  N3468. Yes.
        24              HANNAH IG:  I have got nothing
        25  coming up in your name for that.
00043:01              MR NIJJAR:  That is my user name,
        02  yes.
        03              HANNAH IG:  Okay.  Can I just take
        04  your post code?
        05              MR NIJJAR:  SK8 5JS.
        06              HANNAH IG:  Okay.  And right, so
        07  can I just take your full name again.  Sorry.
        08              MR NIJJAR:  Yes, it is Mr Balvinder
        09  Nijjar.
        10              HANNAH IG:  That is fine.  Have you
        11  got a few accounts with us?
        12              MR NIJJAR:  No, the other one is my
        13  wife's. I do not think she is doing anything on
        14  it.
        15              HANNAH IG:  And it is a spread
        16  betting account, isn't it?
        17              MR NIJJAR:  They are both spread
        18  betting accounts.
        19              HANNAH IG:  Yes. That is fine. So I
        20  have this as your main account. That is fine. What
        21  I will do is I will get you through to a dealer
        22  now, sir. Thank you.
        23              MR NIJJAR:  Thank you very much.
        24              (Fifth audio recording)
        25              MALE SPEAKER:  -- to the options
00044:01  desk,  how can I help?
        02              MR NIJJAR:  Oh, hi, can I get a
        03  quote on some options, please?
        04              MALE SPEAKER:  You can, yes.
        05              MR NIJJAR:  The ticker symbol is
        06  ITMN.
        07              MALE SPEAKER:  Right.  My
        08  apologies, is it an option on a share, is that
        09  right?
        10              MR NIJJAR:  Yes, it is.  It is a
        11  United States NASDAQ.
        12              MALE SPEAKER:  Cool.  What I will
        13  do is I will just pass you over to our equities
```

Case Clip(s) Detailed Report
Monday, October 31, 2016, 5:12:11 PM

## SEC v Sabrdaran

```
            14  guys.  They will sort you out.
            15              MR NIJJAR:  Thanks.
            16              (Sixth audio recording)
            17              FEMALE SPEAKER: (Unintelligible)
            18  speaking.
            19              MR NIJJAR:  Hello.
            20              FEMALE SPEAKER:  Hi, how may I
            21  help?
            22              MR NIJJAR:  Oh, hi, can I get a
            23  quote on some options, please?
            24              FEMALE SPEAKER:  Yes, which ones
            25  are you after?
00045:01              MR NIJJAR:  It is the ticker symbol
            02  ITMN.
            03              FEMALE SPEAKER:  Okay, yes, and
            04  which option would you like?
            05              MR NIJJAR:  It is the 1400 January
            06  call brief (?)
            07              FEMALE SPEAKER:  Bear with me one
            08  second. (Pause) Okay $40 quarter January market
            09  level.
            10              MR NIJJAR:  Yes.
            11              FEMALE SPEAKER:  The spread is
            12  quite wide, the market is 164 at 187.
            13              MR NIJJAR:  164 and 187?
            14              FEMALE SPEAKER:  Mmm hmm. Yes.
            15              MR NIJJAR:  Okay.  Have you got my
            16  card number there?
            17              FEMALE SPEAKER:  Yes, can you just
            18  confirm your name.
            19              MR NIJJAR:  Yes, it is Mr Nijjar.
            20              FEMALE SPEAKER:  Yes.
            21              MR NIJJAR:  Can you buy me 100 of
            22  the 187, please?
            23              FEMALE SPEAKER:  Buying 100 lots,
            24  we will have to work in orders for you and we
            25  charge (unintelligible) what is your limit?
00046:01              MR NIJJAR:  Oh, I do not know. I
            02  never placed an order on the phone before.
            03              FEMALE SPEAKER:  Okay, because we
            04  are going to have to put this into the market.
            05              MR NIJJAR:  Right.
            06              FEMALE SPEAKER:  And it is moving
            07  around a lot. So it is better if you leave me a
            08  limit of where you are happy to trade up to.
            09              MR NIJJAR:  All right. Okay. Let me
            10  see. Just that, please. Just place the order. If
            11  it gets hit that is fine.  If it does not then we
            12  will leave it.
            13              FEMALE SPEAKER:  Okay. So your
            14  limit is 187 the market?
            15              MR NIJJAR:  Yes.
            16              FEMALE SPEAKER:  Okay, yes.  I will
            17  put it in for you.  And what was the other one?
            18              MR NIJJAR:  That is it.
            19              FEMALE SPEAKER:  Okay, then.  That
            20  is fine.  I will work that for you.
            21              MR NIJJAR:  So what have we got?
            22  1500?  1400 call?
            23              FEMALE SPEAKER:  Call for January.
            24  Looking to buy 100 lots at 187 and that will be
            25  192 to you.
00047:01              MR NIJJAR:  192?
            02              FEMALE SPEAKER:  Yes, once that
            03  gets filled.
            04              MR NIJJAR:  Okay.  How much is that
```

### SEC v Sabrdaran

```
        05   all together money wise?
        06              FEMALE SPEAKER:  That will be the
        07   100, which is your lot size multiplied by the 192,
        08   which is your entry level will be $19,200.
        09              MR NIJJAR:  Oh, okay. Sorry about
        10   this, can you just make it 50 for me then?
        11              FEMALE SPEAKER:  You want 50 lots
        12   instead?
        13              MR NIJJAR:  Yes, please.
        14              FEMALE SPEAKER:  Yes, that is fine.
        15   That is reduced to 50.
        16              MR NIJJAR:  Okay, thank you very
        17   much.
        18              FEMALE SPEAKER:  Okay. You are
        19   welcome.
        20              MR NIJJAR:  Bye.
        21              FEMALE SPEAKER:  Bye."
        22   BY MR DONNELLY:
        23       Q.     Okay, Mr Nijjar, is that you on
        24   those calls?
        25       A.     Yes, it is.
00048:01       Q.     And is the content of the recording
        02   accurate to your knowledge?
        03       A.     Yes, it must be.  It is recorded.
        04       Q.     Is there any reason you telephoned
        05   IG to place this particular entry?
        06       A.     Yes, I could not find it on their
        07   platform itself.
        08       Q.     You could not find InterMune on?
        09       A.     On their platform.
        10       Q.     On-line platform?
        11       A.     That is right.
        12       Q.     And I noticed in the call that the
        13   IG representative said something about putting
        14   this into the market, did you understand what she
        15   meant by that?
        16       A.     I thought she was going to place a
        17   market order.
        18       Q.     What do you mean by market order?
        19       A.     Whatever price is going she will
        20   get it for you.
        21       Q.     So your plan was to authorise her
        22   to do that, is that right?
        23       A.     No, she told me the spread.  I buy
        24   it at 187.  But then she suddenly said it is
        25   moving around a lot.  According to that recording
00049:01   anyway.  Then I thought okay buy it at market.
```

**14.  PAGE 49:12 TO 54:22  (RUNNING 00:06:07.727)**

```
        12              MR DONNELLY:  Now, I also noticed
        13   on the call that you recorded a price in US
        14   dollars of $19,200 to purchase 100 spread bets on
        15   the January 11th options.
        16       A.     Yes.
        17       Q.     Did you have sufficient funds in
        18   your account at that time to place that size of
        19   trade?
        20       A.     Yes.
        21       Q.     You did?
        22       A.     Yes.
        23       Q.     Do you have any recollection as to
        24   why you changed your mind?
        25       A.     It is because I was not going to
00050:01   take a lot of risk on it.  It was purely a gamble
        02   which I was hoping to take based on the chart.
        03   And I was not going to risk unnecessary amounts of
```

## SEC v Sabrdaran

```
04  money on a little gamble.
05        Q.      Now as it turned out you risked
06  $9,600, is that correct?
07        A.      That is right, which amounts to
08  just under #6,000, #7,000.  And I had more than
09  #20,000 in my account.
10        Q.      Now when you placed these trades
11  had you done any research concerning InterMune
12  whatsoever other than looking at the technicals?
13        A.      I only look at the technicals.
14        Q.      And had you looked at the
15  company -- any of the company's press releases?
16        A.      No.
17        Q.      Had you looked at any of the
18  company's business models?
19        A.      No.
20        Q.      Did you know anything about their
21  business?
22        A.      No.
23        Q.      Other than your look at the
24  technicals was the entirety of your knowledge of
25  InterMune based on your conversations with
00051:01  Mr Afsarpour?
02        A.      No, the majority of it is based on
03  the analysis of the chart.
04        Q.      Was this particular December 16th
05  spread bet successful for you?
06        A.      Well, I was hoping it would be.
07  That is the reason I placed the order.
08        Q.      Yes or no?  Was it successful?
09        A.      Yes.
10        Q.      And looking at the close of
11  business statement, December 21st statement which
12  is close of business December 20th, I will direct
13  you to SEC-IGGroup-E-0001186, that is Exhibit 20,
14  the same set of statements as we were in before.
15  What does it indicate your running profit was as
16  of the close of business December 20th 2010?
17        A.      It has gone up substantially.
18        Q.      What was your running profit as of
19  that time on this particular trade?
20        A.      Because the InterMune price
21  suddenly shot up to way above where I expected it
22  to go I expected to go 16, but I do not know where
23  it went actually.  It must have gone much higher.
24  I can say that from the price of the option that I
25  bought had gone up.  I do not know what the actual
00052:01  price would have been of the underlying share.
02        Q.      Well, it indicates here that the
03  latest level was 2200, do you see that?
04        A.      Yes.
05        Q.      And that your deposit required US
06  $9,600?
07        A.      Yes.
08        Q.      But that the running profit at this
09  time was more than US $100,000?
10        A.      Absolutely.
11        Q.      You agree with that?
12        A.      Yes.
13        Q.      Had you ever before placed a spread
14  bet on options in this IG Index account?
15        A.      Absolutely.  Many, many times.
16        Q.      On options?
17        A.      Yes.
18        Q.      So is it fair to say you are pretty
19  familiar with how options worked?
```

### SEC v Sabrdaran

```
        20          A.      I had a basic knowledge of it.
        21          Q.      Do you have an email address,
        22  Mr Nijjar, that you used in 2010?
        23          A.      My email address has not changed
        24  for the last 20 years.
        25          Q.      What was it?
00053:01            A.      It is baltrade@aol.com.
        02          Q.      Did you use that address also in
        03  2011 ?
        04          A.      I would imagine so, yes.
        05          Q.      Did you communicate with
        06  Mr Afsarpour using that email address?
        07          A.      I normally communicated with him by
        08  phone.
        09          Q.      Okay.
        10          A.      Unless he is out of the country in
        11  which case we use the email.
        12          Q.      Can you just identify for the
        13  record your work home and cellular telephone
        14  numbers that you were using in 2010 and 2011?
        15          A.      My home telephone number is 0161
        16  4862686. Hardly ever use it nowadays, begin to
        17  forget. But the work number is 0161 232 8044.
        18          Q.      And your cell number at that time
        19  in 2010?
        20          A.      I still do not remember my cell
        21  number.  I can take my phone out now and read it
        22  to you if you like.
        23          Q.      Please.
        24          A.      It is 07747064518.
        25          Q.      With your cell phone out could you
00054:01  look at your home number again?
        02          A.      Yes, it is 0161 4852686.
        03          Q.      Thank you. In 2010, did you receive
        04  text messages on your cell phone?
        05          A.      I receive text messages all the
        06  time.
        07          Q.      And did you sometimes exchange
        08  text messages with Mr Afsarpour?
        09          A.      Yes.
        10          Q.      How often would you say you texted
        11  or received texts from Mr Afsarpour in late 2010?
        12          A.      I have very few text messages with
        13  Mr Afsarpour.
        14          Q.      And did you more frequently talk to
        15  Mr Afsarpour?
        16          A.      Yes.
        17          Q.      And did you telephone him on a
        18  regular basis?
        19          A.      Or he would telephone me.
        20          Q.      I would like to get marked two
        21  additional exhibits, 24 and 25.
        22          (Exhibit 24 marked for identification)
```

**15.  PAGE 54:23 TO 56:24  (RUNNING 00:02:30.808)**

```
        23          (Exhibit 25 marked for identification)
        24  You can put aside your trading records and just
        25  focus on Exhibit 24 and 25 for just a minute.  We
00055:01  are close to finished.  Now, you have before you
        02  some records that were produced by your friend,
        03  Mr Afsarpour, to the SEC.  These are records that
        04  he purported contained his telephone logs; do you
        05  see these, sir?
        06          A.      Yes.
        07          Q.      I want to direct you to various
        08  lines in the records and if you could look first
```

## SEC v Sabrdaran

```
09   at Exhibit 24, if you look on the third page of
10   Exhibit 24, please?
11          A.     Yes.
12          Q.     And looking down through the third
13   page there is a notation on December 10th, 2010,
14   at 13.53; do you see that?
15          A.     On page 3?
16          Q.     The third page, actually one back,
17   sir. I am sorry, it is page 2.  It has page 2
18   written on it. You see page 2, the December 10th,
19   2010, at 15.53; do you see that?
20          A.     Oh, yes.
21          Q.     You see that?
22          A.     Yes.
23          Q.     That is your phone number there
24   that ends in 8044?
25          A.     Yes, it is.
00056:01          Q.     That is?
02          A.     Yes.
03          Q.     And do you see two lines down at
04   12.11 on December 11th a phone number that is
05   familiar to you?
06          A.     December 11th?
07          Q.     12.11.
08          A.     Yes.
09          Q.     Is that your number too?
10          A.     Yes, it is.
11          Q.     And looking down on December 13th
12   at 20.05; is that your phone number?
13          A.     Yes.
14          Q.     And looking two lines down,
15   December 13th, 2010, at 23.21, that would 11.21 in
16   the evening; is that your phone number?
17          A.     Yes.
18          Q.     Looking down almost to the bottom,
19   December 17, 2010, at 16.35, 4.35 in the
20   afternoon; is that your phone number?
21          A.     Yes.
22          Q.     And just below it is that also your
23   phone number?
24          A.     It is, yes.
```

**16.  PAGE 57:10 TO 58:15  (RUNNING 00:01:37.200)**

```
10          Q.     Okay. If you will turn to page 3,
11   the next page?
12          A.     Yes.
13          Q.     There is a number on December 18th
14   at 18.24 that ends in 2686; is that your
15   telephone?
16          A.     Yes, it is.
17          Q.     And just below it is another
18   telephone?
19          A.     Yes.
20          Q.     That is yours?
21          A.     Yes.
22          Q.     If you could turn to Exhibit 25,
23   and I am going to direct you to the page that is
24   marked SEC-FARH-0000019.
25          A.     Yes.
00058:01          Q.     I am looking about a third of the
02   way down the page on December 13th at 20.47 or
03   10.47 pm; is that your cellular phone number?
04          A.     Yes.
05          Q.     And just below it, at 21.06, 11.06
06   at night, is that yours?
07          A.     Yes.
```

## SEC v Sabrdaran

```
08              Q.      9.06 at night, excuse me. And then
09  if you go down about three quarters of the way
10  down December 15th 2010, at 11.55 am?
11              A.      Yes.
12              Q.      Is that your phone number?
13              A.      It is, yes.
14              Q.      It is?
15              A.      Yes.
```

**17. PAGE 59:01 TO 59:18  (RUNNING 00:00:32.171)**

```
00059:01              Q.      Can you recall -- as you sit here
02  today can you recall anything about any of these
03  calls or texts that you are willing to share with
04  us?
05              A.      I have no idea.
06              Q.      Okay.
07              A.      We talked a lot on the phone
08  virtually every day.
09              Q.      Okay.
10              A.      That is when he was in the country.
11              Q.      All right.
12              A.      For me to remember those
13  conversations, no.
14              Q.      Now, is it true, sir, that if you
15  were to -- if you were seen to have engaged in
16  violating the laws against insider trading you
17  could lose your pharmaceutical licence?
18              A.      Yes.
```

**18. PAGE 59:22 TO 59:25  (RUNNING 00:00:05.838)**

```
22              Q.      Yes?
23              A.      Absolutely aware of that.
24              Q.      You believe that to be true?
25              A.      Yes.
```

**19. PAGE 60:11 TO 61:15  (RUNNING 00:01:10.143)**

```
11              Q.      Mr Nijjar, just as we were going
12  off the record I think you wanted to clarify your
13  last answer and we were in the process of going
14  off the record so I figured it best just to wait
15  until we get back on.  Why don't you go ahead and
16  clarify the answer to the last question I asked
17  you, sir?
18              A.      I think your last question was
19  whether I knew that I would be struck off from the
20  pharmacy if the General Pharmaceutical Council
21  knew that I was doing insider trading.  The answer
22  to that question would be that, no, I cannot be
23  sure because I have no idea.  Nobody has ever been
24  brought in front of them for that particular
25  reason. So I do not know what the outcome of that
00061:01  would be.
02              Q.      It is an outcome that concerns you,
03  though, is that correct?
04              A.      No, it does not because I have not
05  done any insider trading.  No, it does not concern
06  me at all.
07              Q.      If you were to have been found to
08  have engaged in insider trading, and I know that
09  is not alleged against you in this case, would you
10  be concerned about losing your pharmaceutical
11  licence?
12              A.      I would not say to you just to do
13  with the insider trading.  If I was caught driving
14  while drinking I would be very concerned of any
```

## SEC v Sabrdaran

```
        15  illegal activity.
```

**20. PAGE 61:23 TO 63:11  (RUNNING 00:01:55.925)**

```
        23          Q.      When you opened your account at IG
        24  Index did you receive any information about how IG
        25  Index worked?
00062:01          A.      No, because I already knew how IG
        02  Index worked.  I was trading.  I do not know why
        03  they are saying it is a new account.  I was
        04  trading with them for a long time.  It is quite
        05  possible that I was trading it on my wife's
        06  account.
        07          Q.      Were materials made available
        08  on-line at IG Index for you to review that
        09  described to you how IG Index worked?
        10          A.      Oh, absolutely.  Everything is
        11  available on-line to read.
        12          Q.      Including customer agreements and
        13  customer disclosures and all of that?
        14          A.      Yes, absolutely.
        15          Q.      And switching subjects here, it is
        16  a little unclear from your testimony, and I just
        17  want to get your best recollection, I know it is a
        18  little dated, when did you first learn from
        19  Mr Afsarpour anything about InterMune?  When did
        20  he first suggest to you that it is a company you
        21  should look at?
        22          A.      He was talking about it long before
        23  that. He mentioned it in conversations that he is
        24  looking at a company called InterMune.  Like he
        25  mentioned he is looking at other things too.  When
00063:01  he asked me to have a look it, I cannot remember,
        02  it must have been quite a long time before this
        03  trade was done, which was in -- the main
        04  discussion here.  It was a long time before that,
        05  that he was looking at it.
        06              He told me that he was trading it
        07  for months on the spread betting account.  That is
        08  what he mentioned to me.  He asked me to trade it.
        09  He said it is very predictable.  He said, why
        10  don't you trade it, I said I do not see anything
        11  worth trading.
```

**21. PAGE 64:01 TO 65:03  (RUNNING 00:01:39.936)**

```
00064:01          Q.      My name is Christopher Cooke. I am
        02  the attorney representing Farhang Afsarpour in
        03  these proceedings.  Counsel asked you about this a
        04  little bit, but you said that you have known
        05  Mr Afsarpour for over 20 years?
        06          A.      Something like that. Yes.
        07          Q.      And do -- how would you describe
        08  your relationship with him?
        09          A.      We are good friends.  We talk about
        10  anything and everything.  We used to go out for
        11  meals together. I bought my first car from him. He
        12  was involved in car business.  He had fish and
        13  chip shops in south Manchester.  I might go and
        14  get fish and chips from his shop. And he used to
        15  come to me for his medical conditions or any
        16  tablets he might need or his prescriptions or his
        17  dad's medication.  He used to come to the pharmacy
        18  and over time just became friends.
        19          Q.      In terms of his character what type
        20  of person would you describe him to be?
        21          A.      He is a very outgoing, outspoken,
        22  nice guy. Nice guy.  He is always kind.  He has
```

## SEC v Sabrdaran

```
        23   been doing a lot of charitable work now for a
        24   while.  As far as I am aware he only thinks good
        25   of other people.  He helped a lot of refugees to
00065:01   settle in.  Sometimes he just puts them in his own
        02   flat until they find any accommodation. A very
        03   kind hearted gentleman.
```

**22. PAGE 65:14 TO 72:09  (RUNNING 00:08:12.477)**

```
        14          Q.      And the SEC counsel showed you some
        15   phone records, Exhibits 24 and 25?
        16          A.      Yes.
        17          Q.      They reflected some telephone calls
        18   and text messages that you and Mr Afsarpour
        19   appeared to have exchanged or engaged in 5 years
        20   ago?
        21          A.      Yes.
        22          Q.      In terms of how frequently you
        23   talked to him could you please elaborate on that?
        24          A.      Of course I will.  Mr Afsarpour, he
        25   is a travelling guy.  He visits all sorts of
00066:01   countries.  So a lot of the time he is not in the
        02   country.  But when he does come back then we talk
        03   a lot on the phone.  We go out for meals.  He
        04   could be ringing me for what he is trading.  He
        05   could be ringing me for any minor ailments he
        06   might have.  Colds and flu he suffers a lot from.
        07   Backache he has got. He could be ringing for a
        08   number of reasons. There was a time when we used
        09   to speak every day. When we were trading partners
        10   we would speak 20, 30 times a day.
        11          Q.      So in looking at the frequency of
        12   contacts the SEC showed you did that strike you as
        13   an unusual level of contact with Mr Afsarpour?
        14          A.      No, I thought it was not enough.
        15   He would have called more often than that when we
        16   were trading together.
        17          Q.      Have you ever known Mr Afsarpour to
        18   share ideas on investments with other people?
        19          A.      With me?
        20          Q.      With you.
        21          A.      Oh, absolutely.  He would tell me
        22   what he is buying, what he is selling.  A lot of
        23   the time I did not agree with it because my
        24   analysis did not agree with his.  But he would
        25   tell me he is buying gold or buying oil or he is
00067:01   trading Forex.  Yes, he would mention it to me all
        02   the time and he would try to get advice.  He
        03   ask me to look at the charts and see what I think
        04   of them. Yes, he talked to me a lot about his
        05   investments.
        06          Q.      You mentioned technical analysis,
        07   could you just explain what that is?
        08          A.      It is a study of the price movement
        09   based on various indicators which other people
        10   have developed which -- with some varying rate of
        11   success like moving averages or price volume, or
        12   there could be trend lines or pull backs or
        13   retracements.  There is a number of technical
        14   indicators that you can use to gauge the movement
        15   of the market.
        16                  And we went to some seminars
        17   together on these technical analyses in London and
        18   learned a little, basics of that.
        19          Q.      You met -- you said, "we went to
        20   seminars together", who are you referring to?
        21          A.      Mr Afsarpour.
```

## SEC v Sabrdaran

```
         22          Q.      How long ago was that?
         23          A.      A long time ago.  I think it must
         24  have been 2000 -- anything between 2002 and 2005.
         25  Probably even before that because I have been
00068:01  trading since '99.
         02          Q.      Since 1999?
         03          A.      Yes. He started, I think, a couple
         04  of years after that probably.
         05          Q.      Now, if you are doing technical
         06  analysis do you look at the company's
         07  fundamentals?
         08          A.      No. I was only mainly interested in
         09  the technical analysis.
         10          Q.      You were asked about some orders
         11  you had placed for spread bets on InterMune?
         12          A.      Yes.
         13          Q.      What factors did you look at in
         14  terms of whether or not to place those orders?
         15          A.      Well, as I was explaining to
         16  Mr Donnelly that I would place an order if a
         17  certain criteria of a security has been met which
         18  was based on the length of the moving averages as
         19  well as price volume as well as the ceiling the
         20  price closes in relation to those moving averages.
         21          Q.      Was it important for you what the
         22  company did?  Its underlying business?
         23          A.      To me they are just numbers.  I
         24  treat everything on that platform as numbers.  You
         25  were just playing with numbers.  I did not care
00069:01  what it was, whether it is an index, a security or
         02  a Forex.  To me they were just numbers.  And that
         03  is how I traded on them.
         04          Q.      In terms of your trades you were
         05  asked about orders that you placed with a firm
         06  called IG Index?
         07          A.      Yes.
         08          Q.      Had you ever placed trades with IG
         09  Index before the trades that you did involving
         10  InterMune?
         11          A.      A lot. I think I have been doing it
         12  since 2004, 2005 with CMC Markets and IG Index.  I
         13  have done the same thing for years on both
         14  platforms.
         15          Q.      They showed you some records that
         16  indicated that you opened this account again with
         17  IG Index?
         18          A.      Yes.
         19          Q.      Remember they played some telephone
         20  calls?
         21          A.      Absolutely.
         22          Q.      Is it correct that you opened this
         23  account again with IG Index in about November of
         24  2010?
         25          A.      What happened is they -- if you do
00070:01  not trade on their account for a short while, I do
         02  not know what the time length is, a few months,
         03  they shut your account down and they send you the
         04  money.  I think I remember receiving a small
         05  cheque from them some time ago, that you have not
         06  traded your account, therefore, we are closing
         07  your account.
         08              Sometimes circumstances happen when
         09  you cannot trade.  I remember there were long
         10  periods when I did not trade.  But when you come
         11  up with a new idea you go and open an account and
         12  start trading again. And this is what happened.
```

## SEC v Sabrdaran

```
13              At that time I was testing a new
14    method of trading indices as evidenced by that
15    trading statements Mr Donnelly had passed to me.
16    You will see there were a lot of trades carried
17    out which were actually testing my own method.
18    Nothing to do with any securities of InterMune or
19    anything like that.
20              And after that incident I continued
21    testing my methods way into the following year
22    until my account was frozen by IG Index.  I opened
23    that account with a view to test my method.
24         Q.     I wanted to ask you that, so when
25    you re-opened this account in November of 2010,
00071:01    did it have anything to do with InterMune?
02         A.     No, nothing at all. As a matter of
03    fact it was pure small gamble.  I was -- as I was
04    pointing out that the risk was so little to me of
05    this trade that I was actually scared of placing a
06    spread bet account on anything.  Options trade
07    would be very, very low risk for me compared with
08    spread betting.
09         Q.     And you mentioned that you had come
10    up with some trading strategy, could you explain
11    that a little bit?
12         A.     Yes, it is all evidenced.  I mean
13    I -- if you were to look at my trading records
14    there would be thousands of trades, if not more,
15    of that strategy.  Some of them very well
16    evidenced in this Exhibit 20.  You will see long
17    after the InterMune trade had finished I continued
18    testing my strategy which actually you can see it
19    is also making money.
20              It was purely basically a
21    relationship between two indices which was the
22    FTSE 100, which is the UK market, and the Dow
23    Jones industrial average, which is the American
24    market.
25              I discovered while I was on holiday
00072:01    in October with my wife that this relationship
02    works very well.  If you buy one and sell the
03    other, one of them will produce you more money
04    than the other one would lose.  Which -- as
05    evidenced by these trades here.  And that strategy
06    is what I was going to test on a larger scale.
07         Q.     So that is why you re-opened this
08    account?
09         A.     Oh, absolutely.
```

**23.  PAGE 74:05 TO 75:12  (RUNNING 00:01:31.923)**

```
05         Q.     I want to turn you to the first
06    order that you placed for a spread bet with
07    respect to InterMune, which is on the fourth
08    page of Exhibit 20, you were asked a few questions
09    about the December 14, 2010 order?
10         A.     Is that where you say:  "Financial
11    current open positions"?
12         Q.     Right.  "Orders to open new
13    positions"?
14         A.     Yes.
15         Q.     And then it shows that an order was
16    opened on December 14th 2010 for a spread bet
17    based upon InterMune?
18         A.     Yes.
19         Q.     It says:  "Order type Limit", can
20    you explain what that is?
21         A.     A limit order is you place -- that
```

## SEC v Sabrdaran

```
22   the price is lower where the actual market is
23   trading right now. The idea behind that is that if
24   the price goes down to where your order is it will
25   be filled and you will be in the market.  Or the
00075:01  security will be bought for you.
02                  For example, if something is
03   trading at $10 today, but I do not want to pay
04   $10, I only want to pay $9 for it I can place a
05   limit order and say can you please buy something
06   for me when the price goes to $9.  That is placing
07   a limit order.
08         Q.      If you had had inside information
09   regarding InterMune on December 14th, 2010, which
10   caused you to believe that the stock price was
11   going to go up dramatically is a limit order the
12   type of order you would have placed?
```

**24. PAGE 75:15 TO 75:17   (RUNNING 00:00:02.195)**

```
15         Q.      Why is that?  Why would you not
16   place a limit order?
17         A.      Why --
```

**25. PAGE 75:21 TO 79:16   (RUNNING 00:04:39.150)**

```
21         A.      Why would I wait for the price to
22   go down when I know it is going to go up?  I would
23   just place a straight order on market.  Straight
24   order.
25         Q.      And you mentioned that you had a
00076:01  few conversations with Mr Afsarpour where he
02   mentioned InterMune to you?
03         A.      Yes.
04         Q.      And then you said that you
05   consulted a chart, could you explain what you mean
06   by consulting a chart?
07         A.      Looking at the technical analysis,
08   whether all the criteria to carry out a trade are
09   met or not.
10         Q.      So when Mr Afsarpour called to talk
11   to you about InterMune did he ever give you any
12   information that you understood was confidential
13   or material non-public information?
14         A.      No.
15         Q.      And so after he told you about
16   InterMune what did you do?
17         A.      Nothing.  I did nothing. He said
18   can you have a look at the chart.  I said, yes, I
19   will have a look at the chart. But this was just
20   one company like he asked for all the others.  And
21   I looked at it and I said, I do not see anything.
22         Q.      That was in the earlier call that
23   you had --
24         A.      This was weeks.  Months probably
25   before December.
00077:01         Q.      -- so why did you not place a trade
02   for InterMune after this first call, a spread bet
03   on InterMune?
04         A.      Because my trading conditions were
05   not met.  The price was actually going down and I
06   did not see the logic of placing a trade.
07         Q.      But at some point in December of
08   2010 you did place first an order and then an
09   actual trade for InterMune?
10         A.      Yes.
11         Q.      Why did you decide to go ahead and
12   place a trade at that point?
13         A.      It is because those conditions
```

## SEC v Sabrdaran

```
14   are -- which I have been mentioning had fully met.
15   Would you like me to go over them again?
16          Q.    No. I think I understood.
17          A.    The conditions were met, so I
18   placed an order.  And I decided, normally I would
19   not have, I just decided to have a small gamble.
20   I did not put all my money in it.  I think now
21   looking at this it appears that I might have paid
22   a deposit of #6,000, although I had more than
23   #20,000 in my account.  That is because the idea
24   of the money there was not to trade securities.
25   The idea was to test my system.  That was what it
00078:01   was there for. I did not expect the price to go
02   where it did.  I expected the price to rise by
03   maybe $2 which would almost double my money
04   because if the price of the option was 1.92 had it
05   gone above the price where I was going to buy them
06   $2 would have doubled my money.  And that is all I
07   would have been interested in.  And had the price
08   not gone up it would have been a very small loss.
09   From 192 it might have gone down to 118. And I
10   would have been out of it because 3, 4 weeks in an
11   option for me is too long.  I do not trade options
12   which are that far into the future. Majority of
13   the options I trade normally are weekly options or
14   daily options.  If you were to read through all
15   the trades that I did with IG Index you will see
16   these very, very short options being traded.
17          Q.    So they asked you about this first
18   order which was not filled, the limit order, then
19   there was another order in InterMune that was
20   filled which is on page 1181.
21          A.    That is the option I just talked
22   about.  That is the option that I actually bought
23   as a low risk gamble.
24          Q.    And originally according to the
25   audio tape we listened to you were going to place
00079:01   an order for 100 -- was 100 lots or 100 contracts?
02          A.    100 contracts of the options, yes.
03          Q.    You wound up, according to this
04   record, buying 50?
05          A.    I did not want to risk too much
06   once the woman told me how much the deposit is
07   going to be. That would not have left enough money
08   for me to test my strategy.  So I told her to
09   reduce my order because I still need to continue.
10   As you can see from the page that I did continue
11   with my testing my own strategy.
12          Q.    So had you known that InterMune was
13   going to come out with an announcement on
14   December 17th, the next day, that was going to
15   cause the stock price to more than triple would
16   you have placed that size of an order?
```

**26.  PAGE 79:19 TO 80:15  (RUNNING 00:00:56.201)**

```
19          A.    Mr Cooke, if I had that kind of
20   information I would not have just put 20,000 in
21   there.  I would have put more than #100,000 and
22   just bought the options with it.  But the money
23   was not placed in there to trade InterMune.
24   BY MR COOKE:
25          Q.    And did Mr Afsarpour tell you
00080:01   anything other than to have a look at InterMune
02   that caused you to place this order?
03          A.    No. He -- we were trading it for a
04   long time.  He has been watching the market.  When
```

## SEC v Sabrdaran

```
05  the chart did give the impression that it could go
06  up I placed a trade.
07           Q.      Have you heard of something called
08  a 50-day moving average?
09           A.      Yes.
10           Q.      What is that?
11           A.      It is an average of the 50 days of
12  the price how it has moved.
13           Q.      Did you look at a 50-day moving
14  average in determining whether or not to place
15  this trade?
```

**27. PAGE 80:21 TO 81:09  (RUNNING 00:00:29.312)**

```
21           A.      Normally all technical analysts
22  seem to look at 50-day moving average and that is
23  being used as a standard by everybody so I would
24  have looked at the same thing.
25  BY MR COOKE:
00081:01         Q.      So sitting here four and a half,
02  almost five years ago, do you have a perfect
03  recollection of all the moving averages and
04  indices you consulted?
05           A.      I am an old man, Mr Cooke, I cannot
06  remember everything exactly.
07           Q.      Let me show you, I am going to have
08  the Court Reporter mark as 26.
09           (Exhibit 26 marked for identification)
```

**28. PAGE 81:10 TO 83:16  (RUNNING 00:02:34.258)**

```
10  I will just identify for the record what we are
11  now marking as 26 is a two-page document which
12  appears to be an email from baltrade@aol.com to
13  Donnelly Kenneth dated January 14th, 2011, I am
14  just asking you if you recognise this, and then I
15  am going to ask you a couple of questions.
16           A.      Do I recognise this!  This was the
17  worst nightmare I had ever faced in my life, I
18  think. Yes, I wrote this email to Mr Donnelly
19  asking him why my account has been frozen with IG
20  Index because IG Index told me that is the
21  gentleman I need to speak to about it.
22           Q.      How soon in relation -- so let me
23  go back, this is an email that you sent to
24  Mr Donnelly in or about January 14th, 2011?
25           A.      Yes.
00082:01         Q.      That was about a month after you
02  did this trade?
03           A.      Yes.
04           Q.      The time you wrote this email was
05  your memory about the reasons why you did the
06  trade better than it is today?
07           A.      At that time it would have been
08  fresh in my head what I did. Now, probably not so
09  good.
10           Q.      On the third paragraph you talk
11  about trading methods, you see that?
12           A.      Yes.
13           Q.      And there is a reference to:
14           "... a simple price cross of and
15  close above the 50 day moving average in
16  combination with high volatility in the options
17  market."
18           Do you see that reference?
19           A.      Yes.
20           Q.      And then on the next paragraph
21  there is a description about December 10th stock
```

## SEC v Sabrdaran

```
22   price and then December 14th; do you see that
23   description?
24         A.    Yes.
25         Q.    Does that refresh your recollection
00083:01  in any way regarding the reasons why you placed
02   the trade in the InterMune spread bet?
03         A.    Yes.
04         Q.    So looking at it today what were
05   the reasons why you placed the trades in InterMune
06   in December of 2010?
07         A.    Well, it appears that the price had
08   moved above the 50 day moving average.  It closed
09   above that on a high volume and I thought it might
10   go up.  I placed a trade.
11         Q.    Okay.  So sitting here today is
12   your best recollection that one of the reasons you
13   placed this trade on December 16th was that your
14   trading conditions had been met regarding movement
15   of the stock price with respect to the 50-day
16   moving average?
```

**29. PAGE 83:18 TO 84:12  (RUNNING 00:00:57.464)**

```
18         A.    Yes.
19   BY MR COOKE:
20         Q.    And had InterMune not met this
21   trading criteria would you have placed this trade
22   on December 16?
23         A.    No.  The InterMune did not meet my
24   conditions for weeks and I did not place any trade
25   in it.
00084:01        Q.    That is the prior time Mr Afsarpour
02   talked --
03         A.    Yes. Absolutely.
04         Q.    -- you mentioned your account was
05   frozen, what do you mean by that?  What happened?
06         A.    Well, I was testing my strategy as
07   the prints will prove it for up until some time in
08   January, 7th, 8th or thereabout.  One day I went
09   to do my usual trades of buying the FTSE or sell
10   the Dow or other way round and I could not carry
11   out a trade. I rang IG Index and asked why I
12   cannot do it.
```

**30. PAGE 84:21 TO 86:15  (RUNNING 00:01:54.243)**

```
21         Q.    So you mentioned that your account
22   at IG Index had been frozen?
23         A.    Yes.
24         Q.    Had anybody from the SEC contacted
25   you before they brought a court action to freeze
00085:01  your account?
02         A.    No.
03         Q.    Had anybody asked you before they
04   did this, anybody at IG Index or at the Financial
05   Services Authority, did anybody ask you why you
06   did these trades before your account was frozen?
07         A.    No.
08         Q.    Did this cause you any
09   inconvenience having your account frozen?
10         A.    Inconvenience was unbelievable.  It
11   was absolutely shocking.  Distressing for myself
12   and my wife.  I was -- I think I was in shock for
13   a good few days about it until I finally managed
14   to write an email to Mr Donnelly.
15         Q.    So you wrote this email, in part,
16   to explain to Mr Donnelly who you were and why you
17   did these trades?
```

## SEC v Sabrdaran

```
18          A.      Absolutely. Yes.
19          Q.      Is what you said in there about
20  your trading methods and reasons for the trade,
21  was it true and accurate as you sit here today?
22          A.      Absolutely.  They are still the
23  same.  I am still doing it.
24          Q.      Did you meet with the SEC in person
25  in London for an interview that was also conducted
00086:01  by the Financial Services Authority?
02          A.      Yes.
03          Q.      How long was that meeting?
04          A.      It started I think at about 9.00
05  or soon after that.  Maybe 9 -- I do not know.
06  Soon after 9.00.  And I remember I had a train
07  booked at about 2 o'clock and I could not have
08  caught that train because they had not quite
09  finished.  I think it finished about 4.00 or after
10  4 o'clock definitely.  Started after 9.00 and it
11  finished after 4.00.
12          Q.      Was that interview tape-recorded?
13          A.      They said they were recording it,
14  but I have no copies of that or they did not give
15  me any copies.
```

**31. PAGE 89:04 TO 89:15  (RUNNING 00:00:33.128)**

```
04          Q.      But sitting here today you do not
05  believe Mr Afsarpour ever communicated anything to
06  you that indicated he had material non-public
07  information concerning InterMune?
08          A.      I still do not believe that now.
09  Never mind then. I cannot see how he would have
10  got it. From what I knew of him I do not know how
11  he would have -- I think I remember mentioning
12  this to the SEC then, that a guy running a chippie
13  in south Manchester I do not know how he would
14  know anything about biotechnology companies in the
15  US.  I think I did mention it at some stage.
```

**32. PAGE 91:20 TO 91:24  (RUNNING 00:00:18.338)**

```
20                  So just to reiterate, you placed
21  orders on InterMune in December of 2010, correct?
22          A.      Yes.
23          Q.      Approximately how long before that
24  did Mr Afsarpour introduce you to InterMune?
```

**33. PAGE 92:04 TO 93:25  (RUNNING 00:02:59.125)**

```
04          A.      I cannot be sure, but I think it
05  was months before I actually carried out my trade.
06  BY MR TABESH:
07          Q.      When he introduced InterMune to you
08  was he encouraging you to invest in InterMune?
09          A.      No, he just wanted me to have a
10  look at his chart, see what I make of it, whether
11  it is worth buying or not.  But I told him, no, I
12  do not think it is worth buying at that point.
13          Q.      Do you remember the next time he
14  mentioned InterMune to you?
15          A.      He mentioned it many times in
16  between.  It is like he mentioned all the other
17  companies he was looking at and other commodities.
18  So he did not single it out, so I cannot be sure.
19          Q.      Did you find anything unusual in
20  the approach Mr Afsarpour took with respect to
21  InterMune compared to the other companies or
22  commodities that he was suggesting you to look at?
```

## SEC v Sabrdaran

```
23          A.      No.
24          Q.      In around December 2010, prior to
25    you placing orders, did Mr Afsarpour indicate
00093:01    there was any urgency in placing an order on
02    InterMune?
03          A.      No.
04          Q.      Let me look  at my notes real
05    quick.  (Pause) Did Mr Afsarpour indicate to you
06    that he would benefit in any way from your placing
07    orders on InterMune?
08          A.      No, of course not.  We had our
09    separate accounts.  He never benefitted from my
10    account, nor I benefitted from his.
11          Q.      Why did you purchase -- place the
12    orders on InterMune?
13          A.      Like I was explaining to your
14    colleague, Mr Cooke here, that my conditions had
15    been met to place a trade.  So I thought I would
16    take a small gamble.
17          Q.      Did any encouragement by
18    Mr Afsarpour play a role in making that decision?
19          A.      No.  Mr Afsarpour wants me to buy
20    large quantities of gold or oil depending whether
21    Iran is going to war or not.
22          Q.      So would you say that you made the
23    decision to purchase the -- to place the orders
24    with InterMune independent of influence from
25    Mr Afsarpour?
```

**34.  PAGE 94:03 TO 94:04  (RUNNING 00:00:05.511)**

```
03          A.      There was no influence from him to
04    do the trade at all.
```

**35.  PAGE 94:07 TO 99:04  (RUNNING 00:05:03.559)**

```
07                MR COOKE: At this point
08    Mr Donnelly may have a few follow up questions.
09                MR DONNELLY:  Yes. Just a few.
10          Q.      So you have said repeatedly in your
11    testimony that what caused you to trade on
12    December 14th was that all your conditions were
13    met?
14          A.      Yes.
15          Q.      But from my vantage point you have
16    yet to explain what those conditions are, and I
17    would like you to do so. What exactly were the
18    conditions that you were looking for on
19    December 14th, 2010, to be met that caused you to
20    place the trades in InterMune?  What exactly were
21    those conditions?
22          A.      I think we have been through all
23    that so many times, Mr Donnelly, I am quite
24    surprised that you still have not made a note of
25    it.
00095:01                The 50-day moving average, the
02    price had closed above that.  That was one thing.
03    Which indicates the price would go up. Second, the
04    price had gone up in the previous couple of days
05    on high volume which any technical analyst will
06    point out to you is another indication that the
07    price will go up. The third, the option's
08    volatility had suddenly shot up a couple of days
09    prior to my options trade, which also indicates
10    that the price is going to move in some direction.
11                In this case I inferred that it
12    would probably be moving up because of the other
13    two conditions being favourable to that direction.
```

## SEC v Sabrdaran

```
        14        Q.      Okay.
        15        A.      Does that answer it?
        16        Q.      No, it does not.
        17        A.      Okay.
        18        Q.      So how far above the 50-day moving
        19  average were you expecting the stock to be before
        20  your conditions were met?
        21        A.      It has just to close above.  It
        22  does not have to be any specific amount above the
        23  50-day moving average.
        24        Q.      And how high must the volume be for
        25  your conditions to have been met?
00096:01        A.      It has just got to be above the
        02  normal average volume for the day, which it was.
        03        Q.      And how do you determine that?
        04        A.      It is clearly drawn underneath the
        05  chart.  You can visually look at it what the
        06  previous volumes were and what your day's volume
        07  is.
        08        Q.      And how volatile must the stock be
        09  before your conditions are met? You said high
        10  volatility, what do you mean by high?
        11        A.      High volatility in the options
        12  market.  When you plot the options graph
        13  underneath the volume chart you will see how many
        14  options trades have been happening every day.  If
        15  those trades have gone up that means that the
        16  options are getting volatile.
        17        Q.      Up how high though?  What is your
        18  definition of high?
        19        A.      It just has to be above the normal
        20  day-to-day option trades.
        21        Q.      Would you agree with me that your
        22  conditions are, sort of, vague?
        23        A.      No. I think they are very clearcut.
        24        Q.      So how many times in the last month
        25  before you made this trade did you apply these
00097:01  conditions to any other stock in the market?  How
        02  many times?
        03        A.      I did not.  I made it clear that I
        04  was not trading the stocks.  I was trading the
        05  indices.  I traded stocks a couple of years prior
        06  to that following the same methods.  You can get
        07  the trades from IG Index for that.  I was trading
        08  the indices at the time.  This was just a one-off
        09  gamble because we were looking at the chart
        10  already.  Otherwise I would not have gone looking
        11  for any such experience.
        12        Q.      Were you looking for stocks that
        13  had these conditions met on December 14th?  Were
        14  you searching through the various closings looking
        15  for stocks that met these conditions so that you
        16  would trade?
        17        A.      No, I was not.
        18        Q.      So why trade InterMune?
        19        A.      Because we were already looking at
        20  the chart for a little while and a friend of mine,
        21  Mr Afsarpour, was trading it for a little while.
        22        Q.      So you traded InterMune because
        23  Mr Afsarpour brought this to your attention, is
        24  that correct?
        25        A.      Yes. He brought it to my attention
00098:01  some time before.
        02        Q.      I understand.
        03        A.      Not on the day of the trade.
        04        Q.      Now, do you have, other than
```

### SEC v Sabrdaran

```
05  anything -- other than documents you have already
06  provided to the Securities and Exchange
07  Commission, do you have any writing in existence
08  at the time of this trade, in 2010, that describes
09  the conditions that you were applying to enter
10  this trade?  Any writing whatsoever? Any emails
11  with Mr Afsarpour?  Any notes?  Anything?
12         A.      Not that I remember.  I have given
13  everything that I had to yourselves.
14         Q.      So you have given us everything
15  that you have that relates to this, is that right?
16         A.      Yes.
17         Q.      Did you have any emails -- did you
18  exchange any emails with Mr Afsarpour about these
19  trades?
20         A.      I cannot remember. You can easily
21  check that.
22         Q.      Sure. Now, we heard -- we heard
23  Mr Cooke ask you some questions about your
24  December 14th opening of a potential trade and
25  that it was a limit order, remember?
00099:01         A.      Yes.
02         Q.      But when you traded on
03  December 16th that was a market order, correct?
04         A.      Yes.
```

**36.  PAGE 99:05 TO 100:03  (RUNNING 00:00:53.999)**

```
05         Q.      Now, in the course of this
06  deposition you have talked about trading since
07  1999, is that right?
08         A.      Yes.
09         Q.      And that for a time you took actual
10  courses in trading in options, is that correct?
11         A.      That is right.
12         Q.      And you also were trading partners
13  with Mr Afsarpour for a period of time, is that
14  correct?
15         A.      Yes.
16         Q.      And that you have been a frequent
17  trader in the market for some time, is that
18  correct?
19         A.      Yes.
20         Q.      Yet if you look at Exhibit 26 that
21  Mr Cooke provided to you, is it not true, sir,
22  that you described yourself as a novice trader to
23  the SEC?
24         A.      Yes.
25         Q.      Can you look at Exhibit 20, please
00100:01  again, and I would direct your attention to the
02  document ending -- the document with the Bates
03  number ending in 1186.
```

**37.  PAGE 100:04 TO 101:03  (RUNNING 00:01:14.487)**

```
04         A.      Yes.
05         Q.      On -- as of the close of business
06  on December 20th, 2010, what do IG's records
07  indicate was your running profit on your trading
08  strategy with respect to the FTSE and the Dow?
09         A.      21st December 2010?
10         Q.      Yes.
11         A.      Where it says:  "Carried forward"?
12         Q.      Underneath:  "Financial current
13  open positions".  There is a Bates number, it says
14  "1186"; do you see that?
15         A.      Yes.
16         Q.      What was your running profit or
```

### SEC v Sabrdaran

```
17  loss on that trading strategy on December 20th,
18  2010?
19          A.      On that single trade it was down
20  105 on one and down 110 on the other.
21          Q.      So your total running profit or
22  loss was a negative 215, is that correct?
23          A.      That is right, yes.
24          Q.      And that is in pounds?
25          A.      Yes.
00101:01        Q.      And what was your running profit or
02  loss on the trade that you made on InterMune
03  spread bets?
```

**38.  PAGE 101:07 TO 101:25  (RUNNING 00:00:48.829)**

```
07          Q.      On the same day, sir?
08          A.      It says 100,400.
09          Q.      US $100,400?
10          A.      Yes.
11          Q.      Now, do you know who
12  Sasan Sabrdaran is?  The other defendant in this
13  case?
14          A.      No.
15          Q.      Did Mr Afsarpour ever share with
16  you that he knew that individual?
17          A.      No.
18          Q.      Had you ever heard his name before
19  this case?
20          A.      No.
21          Q.      Were you surprised to learn of him
22  when you did learn of him?
23          A.      No.  Why?  I have no reason to be
24  surprised. He is just another friend among
25  thousands he has.
```

**39.  PAGE 102:09 TO 102:17  (RUNNING 00:00:24.873)**

```
09              MR DONNELLY:  That is all.  I have
10  no further questions.
11              MR COOKE:  Can I ask one clarifying
12  question.
13          Q.      On Exhibit 26 you used the phrase
14  "novice trader"; what did you mean by that?
15          A.      I considered myself a novice trader
16  because I never actually made any money in the
17  stock market.
```

| **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 01:18:40.659)** |
| --- |

**Case Clip(s) Detailed Report**
**Monday, October 31, 2016, 5:11:41 PM**

## SEC v Sabrdaran

 **Vasseghi, Shahrokh (Vol. 01) - 10/27/2015**                                    1 CLIP  (RUNNING 00:55:49.931)

FINAL

SV-1027-0000605-N                    27 SEGMENTS  (RUNNING 00:55:49.931)                    

**1.  PAGE 6:05 TO 6:07  (RUNNING 00:00:02.826)**

```
        05              THE VIDEOGRAPHER:  Would the Court
        06  Reporter please swear the witness and we can
        07  proceed.
```

**2.  PAGE 6:08 TO 9:05  (RUNNING 00:03:13.417)**

```
        08              Mr Shahrokh Vasseghi
        09              having been duly sworn
        10              testified as follows:
        11      EXAMINED BY MR SMITH:
        12              MR SMITH:  Thank you.  Sir, could
        13  you please spell your name for the record.
        14      A.      S-H-A-H-R-O-K-H.  Vasseghi,
        15  V-A-S-S-E-G-H-I.
        16      Q.      Thank you, Mr Vasseghi, where were
        17  you born?
        18      A.      I was born in Iran.  Tehran, Iran.
        19      Q.      And when did you move to the United
        20  Kingdom?
        21      A.      October 1973.
        22      Q.      When you moved to the United
        23  Kingdom in '73 what city did you move to?
        24      A.      London.
        25      Q.      How long did you live in London?
00007:01      A.      For about a year.
        02      Q.      Did you move after you lived for
        03  London in a year?
        04      A.      Yes.
        05      Q.      Where did you move?
        06      A.      To Manchester.
        07      Q.      And have you been in Manchester
        08  then since 1974?
        09      A.      That is right.
        10      Q.      Are you a citizen of the United
        11  Kingdom?
        12      A.      I am, yes.
        13      Q.      Do you hold citizenship in any
        14  other countries?
        15      A.      Apart from Iranian I am British,
        16  no.
        17      Q.      So you have dual citizenship with
        18  the United Kingdom and Iran?
        19      A.      That is right, yes.
        20      Q.      Did you live in Manchester in 2010?
        21      A.      I lived just outside Manchester in
        22  Leigh.  It is a -- still is -- it could be part of
        23  Manchester.
        24      Q.      It is considered part of greater
        25  Manchester?
00008:01      A.      That is right, yes.
        02      Q.      What do you do for a living,
        03  Mr Vasseghi?
        04      A.      I used to be in catering business.
        05      Q.      And how long were you in the
        06  catering business?
```

## SEC v Sabrdaran

```
        07          A.       Over 30 years.
        08          Q.       When did you stop being in the
        09    catering business?
        10          A.       In 2008 or '9.  '9.
        11          Q.       And what do you do for a living
        12    now?
        13          A.       I am semi-retired.  I just have
        14    properties which I have rented out.
        15          Q.       Do you receive an annual income for
        16    the rental of these properties?
        17          A.       Yes, I do.
        18          Q.       What is your annual income from the
        19    rental of the properties?
        20          A.       Approximately about 35,000.
        21          Q.       And is that dollars or pounds?
        22          A.       Pounds.
        23          Q.       Mr Vasseghi, I am going to ask if
        24    you remember some phone numbers that you would
        25    have had in 2010, do you remember the cellular
00009:01    number or the mobile number that you had in 2010?
        02          A.       Yes, it is the same number I still
        03    use.
        04          Q.       And what is that number?
        05          A.       07979934433.
```

**3. PAGE 10:03 TO 10:15  (RUNNING 00:00:37.582)**

```
        03          Q.       Do you know an individual named
        04    Balvinder Nijjar?
        05          A.       I have heard of somebody called
        06    Bal.  I do not know his family name. I have met
        07    the gentleman once which we -- I was with
        08    Mr Afsarpour.  If that is the same gentleman.  I
        09    saw him in his pharmacy. Is that the same
        10    gentleman which you have in mind?  Has he got
        11    pharmacy?
        12          Q.       Is it your understanding that the
        13    individual named Bal that you met with
        14    Mr Afsarpour is a pharmacist?
        15          A.       Yes.
```

**4. PAGE 10:24 TO 11:09  (RUNNING 00:00:34.597)**

```
        24          Q.       Do you know an individual named Ali
        25    Reza Golesorkhi?
00011:01          A.       Ali Reza Golesorkhi?
        02          Q.       Yes. I am undoubtedly
        03    mispronouncing the surname.  An individual named
        04    Ali or Ali Reza?
        05          A.       I think perhaps I know him as
        06    Paymen, as another name.  Mr Golesorkhi being
        07    Paymen or called -- somebody called Paymen more
        08    often than Ali Reza Golesorkhi.  But it could be
        09    the same gentleman.
```

**5. PAGE 11:10 TO 19:10  (RUNNING 00:10:38.603)**

```
        10          Q.       And how do you know him?
        11          A.       He was one of the chaps which he
        12    used to come to Mr Afsarpour's flat.
        13          Q.       How many times do you think you
        14    have seen Paymen or Ali Reza at Mr Afsarpour's
        15    flat?
        16          A.       How many times?  I do not know,
        17    about four times.  Five times.  And this
        18    gentleman, if it is the same gentleman, has a
        19    restaurant outside Manchester which I have been to
        20    his restaurant.  Also I have seen him there.  Yes,
```

### SEC v Sabrdaran

```
        21   we went for a meal.
        22        Q.      We have mentioned the name of
        23   Farhang Afsarpour a couple of times.
        24        A.      Yes.
        25        Q.      And do you know Farhang Afsarpour?
00012:01        A.      Yes, I do.
        02        Q.      How long have you known
        03   Farhang Afsarpour?
        04        A.      Must be over 10 years.
        05        Q.      Can you describe how you met
        06   Mr Afsarpour?
        07        A.      Mr Afsarpour -- a friend of mine,
        08   Mr Boroumand, was coming to United Kingdom which
        09   he used to be a friend at college, and this
        10   gentleman was coming back to England from USA and
        11   his wife was called Homeyra, which he was a cousin
        12   of Mr Afsarpour.
        13        Q.      Mr Homeyra is a cousin of
        14   Mr Afsarpour?
        15        A.      That is right.  To my knowledge.
        16   And we were both waiting in the airport for
        17   Mr Boroumand and Homeyra to come out, and I did
        18   not know Mr Afsarpour beforehand, he was waiting
        19   along and I was there.  So when they came out of
        20   the custom I got to know him through my friend,
        21   through Mr Boroumand.
        22        Q.      Was this in Manchester or in
        23   London?
        24        A.      In Manchester.
        25        Q.      And who was Mr Afsarpour waiting
00013:01   for?
        02        A.      For the same couple, for my friend,
        03   Mr Boroumand, and Homeyra.
        04        Q.      And do you know Homeyra's surname?
        05        A.      No, I do not. I think he is married
        06   to Mr Boroumand so it should be one of the two.
        07        Q.      And from that point on have you and
        08   Mr Afsarpour been friends?
        09        A.      Yes. We came to contact each other.
        10   And then while my friend was here we saw -- I saw
        11   him a few more times because my friend was here
        12   from USA.  We went to pubs and had drinks and
        13   dinners and this sort of thing. So I got to know
        14   him from there.
        15        Q.      And over the last 10 years how
        16   often do you think -- on a weekly basis how often
        17   would you -- or how often do you speak to
        18   Mr Afsarpour?
        19        A.      How often? At least once a week.
        20        Q.      And are you still in contact with
        21   Mr Afsarpour today?
        22        A.      Yes.
        23        Q.      Do you remain friends today?
        24        A.      Yes.
        25        Q.      Have you ever lent Mr Afsarpour
00014:01   money?
        02        A.      Yes.
        03        Q.      How much have you lent him?
        04        A.      How much? I cannot recall the exact
        05   figure if you are after exact figure.
        06        Q.      The best of your recollection, sir?
        07        A.      #50,000 perhaps.
        08        Q.      Has he paid it all back?
        09        A.      Yes. No reason to ask ...
        10        Q.      Do you have some thought that he
        11   may not have paid it all back?
```

## SEC v Sabrdaran

```
12          A.      No, as long the gentleman borrows
13  some money -- he is a businessman.  He has a lot
14  of pots cooking at the same time and all of a
15  sudden he wants to start a new adventure and
16  perhaps he needs money and so do you have -- can
17  you lend me some money?  By all means, can you
18  lend me, yes.
19          Q.      Mr Vasseghi, have you ever invested
20  in financial securities?
21          A.      Myself, no, as being account holder
22  or anything like that, no, I have not.
23          Q.      You have never opened a brokerage
24  account to trade in stocks?
25          A.      No, I have not.
00015:01          Q.      Do you know if Mr Afsarpour has
02  ever invested in securities?
03          A.      I think this gentleman has because
04  that is his interest in a way.  He always talks
05  about shares and gold and oil and these sort of
06  thing, commodities.  That is his interest.  He
07  always talks about these things.
08          Q.      I apologise for interrupting, has
09  he ever spoken to you about investing in gold or
10  oil?
11          A.      Yes. In the past.  Yes.
12          Q.      Has he ever spoken to you about
13  investing in specific shares?
14          A.      He always talks about these things.
15  And in the past he has told me about British
16  Telecoms or Vodafone and these sort of things,
17  yes. He keeps saying -- that is his interest.  He
18  talks about these things.
19          Q.      Has he ever encouraged you to
20  invest in Vodafone or other commodities that you
21  have mentioned here today?
22          A.      In the old days, yes, but my game
23  was always in properties and I -- not that I did
24  not take notice, it was the game which I did not
25  know much about.  My line was -- my line of
00016:01  business I am commercial investing, investing in
02  commercial properties or investment properties,
03  buy to let schemes.
04          Q.      Did Mr Afsarpour ever tell you that
05  he had invested in a specific share or specific
06  type of stock?
07          A.      Yes, he keeps saying about
08  Vodafone.  Obviously InterMune before even I
09  got -- give him the money to invest on behalf of
10  me.  He keeps says he is buying these shares. Yes.
11          Q.      You mentioned the company
12  InterMune?
13          A.      Yes.
14          Q.      Let us talk about that for a little
15  bit, when did you first hear about the company
16  that -- excuse me, when did you ever -- first hear
17  about the company InterMune?
18          A.      Exact date it might be I do not
19  know, you might question me on that, I just cannot
20  recall, but I think it was late 2010.
21          Q.      And who did you learn -- who told
22  you about InterMune?
23          A.      Mr Afsarpour.
24          Q.      What did Mr Afsarpour tell you
25  about InterMune?
00017:01          A.      He said he has been monitoring or
02  watching this share, and he is buying the shares
```

## SEC v Sabrdaran

```
03   of InterMune.
04         Q.    Where were you when he told you
05   this the first time?
06         A.    Probably at his flat because every
07   time his laptop is, you know, showing shares or
08   price of certain commodities or gold or whatever.
09   Yes, it must have been there.
10         Q.    Have you -- in late 2010 did you go
11   to Mr Afsarpour's flat frequently?
12         A.    Yes.  You could describe it as
13   frequently. Yes.
14         Q.    How many times a week would you go
15   to his flat in late 2010?
16         A.    Once or twice because I used to
17   live at the time, you know, miles away from where
18   Mr Afsarpour lives.  So every time I came to
19   Manchester to see my daughter I probably would go
20   for -- to say hello to Mr Afsarpour because he was
21   friend.
22         Q.    And the times that you went he
23   would discuss InterMune with you?
24         A.    Not every time he discuss
25   InterMune.  We were sitting and having a cup of
00018:01   tea and this gentleman, as I say, his interest is
02   shares and buying commodities and stocks and these
03   sort of things, have you seen this?  Have you seen
04   that?  Pointing those to me and, yes, it was all a
05   bit over my head to be honest with you, a lot of
06   it, and I did not understand much.
07         Q.    Now, do you know if Mr Afsarpour
08   would hold poker parties at his flat in
09   Manchester?
10         A.    Yes.
11         Q.    How often would he hold those poker
12   parties?
13         A.    Poker parties would have been every
14   other week, or if the guys were round every
15   week-end, but mostly every other week, you know.
16         Q.    Did you attend the poker parties?
17         A.    Yes.  Yes.
18         Q.    And did you attend a poker party in
19   December 2010?
20         A.    I cannot put my hand on the date,
21   so to speak, but, yes, I was one of the guys which
22   I attended these poker -- it was a way of
23   socialising, if you know, with friends, yes.
24         Q.    At the poker parties did
25   Mr Afsarpour talk about investing in -- let me
00019:01   rephrase, at the poker parties that occurred in
02   late 2010, did Mr Afsarpour talk about investing
03   in InterMune?
04         A.    He pointed out this company which
05   he showed the graphs and this sort of thing to
06   virtually everybody there. I am not sure who
07   really took so much notice of what this gentleman
08   was saying because in these poker parties
09   sometimes a few people they are chatting to each
10   other.
```

**6. PAGE 19:19 TO 26:07  (RUNNING 00:08:18.090)**

```
19   Mr Vasseghi, before we went off the record I had
20   posed -- you are were responding to my question
21   of -- at the poker party in late 2010, did
22   Mr Afsarpour discuss investing in InterMune and
23   you were responding, could you please continue
24   your response to that question.
```

## SEC v Sabrdaran

```
        25          A.     Well, he was introducing the
00020:01  company to everybody and saying -- showing the
        02  charts on his laptop and saying he has been buying
        03  the share of this company, has been monitoring
        04  this company, so to speak, watching the company.
        05  And he was suggesting, you know, the chances are
        06  the shares might go up. The shares might ...
        07          Q.     Now, at any time in late 2010, when
        08  Mr Afsarpour showed you charts or encouraged you
        09  to invest in InterMune did he tell you that he
        10  knew somebody who worked at the company?
        11          A.     No, he did not.
        12          Q.     Mr Vasseghi, did you invest with
        13  Mr Afsarpour in InterMune in late 2010?
        14          A.     I did.
        15          Q.     Did you talk with anybody else
        16  besides Mr Afsarpour before you invested?
        17          A.     I talked to Mr Sahab about it, yes.
        18          Q.     And do you know Mr Sahab's surname?
        19          A.     Sepahpourfard, yes.
        20          Q.     If you recall.
        21          A.     We always call each other by name.
        22          Q.     And what did you talk about with
        23  Mr Sahab about investing with InterMune?
        24          A.     Well, I was asking him if he is
        25  going to invest, and he said, yes, as much as he
00021:01  can afford to lose, so to speak, buying the
        02  shares.  If it did not work, so to speak, and if
        03  he lost it it is not going to bother him, so to
        04  speak. And he was suggesting to me I think you
        05  should do the same if you like.  Put a figure
        06  which you think if you lose it is not going to, so
        07  to speak, break you.  And there was -- when you
        08  talk to somebody, a friend, and if he is coming
        09  along with you he give you a sense of confidence,
        10  you know, to do it or not.  If you are on the
        11  fence, so to speak, when a friend comes along you
        12  tend to be positive and let us go and this sort of
        13  thing.  That was it, I talked to Mr Sahab about
        14  it, yes.
        15          Q.     Do you recall when that
        16  conversation with Mr Sahab took place?
        17          A.     Probably on the night which we had
        18  the poker game.
        19          Q.     The poker party in which
        20  Mr Afsarpour encouraged people to invest?
        21          A.     He was telling everybody, yes.
        22          Q.     In late 2010?
        23          A.     That is right. But he has been
        24  saying it for some time about this InterMune.  I
        25  can recall perhaps in November he was saying he
00022:01  was buying the shares and, you know.
        02          Q.     Did you open up a brokerage account
        03  to invest in InterMune?
        04          A.     No, I did not.
        05          Q.     Did you give Mr Afsarpour money?
        06          A.     Yes, I did.
        07          Q.     How much money did you give
        08  Mr Afsarpour to invest?
        09          A.     #30,000.
        10          Q.     And how did you get that to
        11  Mr Afsarpour?
        12          A.     Through bank.
        13          Q.     A wired bank transfer?
        14          A.     That is right, yes.
        15          Q.     Was this the first time that you
```

## SEC v Sabrdaran

```
16    ever invested, or was this the first time that you
17    ever followed one of Mr Afsarpour's encouragements
18    and invested in a security with him?
19         A.    Perhaps, yes, it was the first
20    time. Yes.
21         Q.    When you invested the #30,000 what
22    did you think you were investing in?
23         A.    Buying shares.
24         Q.    Did Mr Afsarpour tell you that you
25    were buying shares?
00023:01        A.    I was under the impression he is
02    buying shares because we saw the graph and charts
03    of shares.  That is what I believed, yes.
04         Q.    Did Mr Afsarpour tell you that he
05    himself was buying shares of InterMune?
06         A.    I cannot recall he ever said such a
07    thing, but I was definitely under the impression
08    he is buying shares.
09         Q.    Did Mr Afsarpour tell you later
10    after you invested that he actually was investing
11    in something else?
12         A.    He said he has bought some options.
13    I did not know what options mean -- meant at the
14    time.  I thought it was option of buying shares
15    and said I do not really mind.  Perhaps that was a
16    spread bet.  But at the time I did not know it is
17    a spread bet or whatever it is.  I thought the
18    gentleman bought shares on behalf of me.  I
19    trusted the gentleman.  I passed money to my
20    friend which I knew for some time to buy shares on
21    behalf of me.  How he went about it, i.e. buy
22    options I am afraid it was news to me.  And then
23    explained to me options is you buy options either
24    for year, for 6 months, 4 months, whatever it is.
25    A lot of it is I did not have really the grasp of
00024:01    it to be honest with you. My impression was I am
02    buying shares.  Somebody buys shares on behalf of
03    me.
04         Q.    And that somebody was Mr Afsarpour
05    in this case?
06         A.    That is right, yes.
07         Q.    But you later learned that he did
08    not buy shares, correct?
09         A.    Well, I did not know -- I thought
10    he is buying shares through the same media of
11    options.  I did not know what option was.
12         Q.    Okay.
13         A.    Other than shares, yes.
14         Q.    And I apologise for interrupting.
15    Do you recall after the poker party how much time
16    elapsed before you gave Mr Afsarpour the money?
17         A.    Must have been next couple of days
18    after that.  Something like that. With Mr Sahab we
19    made up our mind to go along with this and we did.
20    Bearing in mind we were coming to Christmas and
21    everybody was busy doing all sorts of things, yes.
22         Q.    Earlier you mentioned, just a few
23    moments ago you mentioned the term spread bets, do
24    you know what spread bets are?
25         A.    I do not know. I did not know.  Now
00025:01    I know you can bet on -- I am not sure if it is
02    guessing if the price of a certain commodity will
03    go up or down.  This is my understanding. And you
04    can bet accordingly if the price of, say, gold or
05    silver or crude oil is either going up or down you
06    can play it that way.  But I never play it, market
```

## SEC v Sabrdaran

```
07    so ...
08          Q.     When you provided the money for
09    Mr Afsarpour did you want to invest by placing a
10    spread bet?
11          A.     No. I was hoping not.
12          Q.     And you mentioned Mr Donnelly's
13    name a few moments ago, you, myself and
14    Mr Donnelly met last week, is that right?
15          A.     Yes.
16          Q.     We talked about many of the things
17    we are talking about here?
18          A.     Of course we did, yes.
19          Q.     In fact, you have also met with SEC
20    attorneys before in London a few years ago,
21    correct?
22          A.     Yes, Catherine.
23          Q.     Do you remember the name of the
24    individual you met?
25          A.     Catherine Whiting and Nina.  Was it
00026:01   Nina?
02          Q.     Nina Finston, does that name ring a
03    bell?
04          A.     Probably.
05          Q.     Have you ever had any contact with
06    Mr Cooke?  Mr Afsarpour's attorney?
07          A.     No.
```

**7.  PAGE 26:14 TO 26:16  (RUNNING 00:00:05.811)**

```
14          Q.     But if he had called there would
15    have been no reason for you not to talk to him?
16          A.     Exactly.
```

**8.  PAGE 26:17 TO 27:25  (RUNNING 00:02:05.968)**

```
17          Q.     Now, when Mr Donnelly informed you
18    last week that Mr Afsarpour, in fact, did not
19    invest in options, but rather in spread bets on
20    options what was your reaction?
21          A.     I was surprised to be honest with
22    you.  I did not know the gentleman is done a
23    spread bet. Even in the last interview which I had
24    in London and Mrs Whiting keep telling me you have
25    invested in spread bet and I keep -- absolutely
00027:01   keep asking the same question, did we.  I did not
02    know what it meant.  I did not know options or the
03    way Mr Afsarpour who has done it was a spread bet
04    to be honest with you.  I keep -- it was not
05    explained to me. I just passed some money to
06    Mr Afsarpour to buy shares on behalf of me. That
07    was it.  I did not know if the gentleman is going
08    to invest it in terms of option or physically buy
09    shares or whatever it was.  Just trusted the guy.
10    My friend.
11          Q.     Do you know anybody else besides
12    Mr Sahab who invested in InterMune based on
13    Mr Afsarpour's encouragements?
14          A.     It was me and Mr Sahab and a
15    partner of Mr Afsarpour and, of course, I told my
16    daughter about it.
17          Q.     What is your daughter's name?
18          A.     Shireen.
19          Q.     And how do you spell that?
20          A.     S-H-I-R-E-E-N. Shireen Vasseghi.  I
21    told her that I have invested in shares.
22    Apparently my friend, Mr Afsarpour, has been
23    watching these shares and he thinks there is a
24    good chance of it -- which the price of shares
```

## SEC v Sabrdaran

```
        25    might go up, if she wants to invest she can do so.
```

**9. PAGE 28:07 TO 29:04  (RUNNING 00:01:10.247)**

```
        07            Q.      What happened after you made the
        08    investment with Mr Afsarpour? What happened with
        09    the investment I should say?
        10            A.      What happened?
        11            Q.      Yes.
        12            A.      I was under the impression, or I
        13    have the message of these options were for April,
        14    and so I was expecting some times in April
        15    something might happen or we are going to hear
        16    something or if -- April was the price of shares.
        17            Q.      Did something happen before April?
        18            A.      It happened in December, yes.
        19            Q.      And what happened in December?
        20            A.      The price of shares went up, yes.
        21            Q.      How did you learn that the price of
        22    the shares went up?
        23            A.      Mr Afsarpour told me.
        24            Q.      How long after the investment, when
        25    you made the investment with Mr Afsarpour did the
  00029:01    shares go up, if you recall?
        02            A.      10 days. 10 days. I do not know.
        03    10 days. Week.  I am not sure.  I cannot recall
        04    really.
```

**10. PAGE 29:12 TO 30:10  (RUNNING 00:01:07.844)**

```
        12            Q.      Let me rephrase that.  Did you make
        13    money when the shares went up?
        14            A.      Everybody hoped so.  I mean when
        15    you are buying shares and the price of share goes
        16    up it is -- you have made profit. Yes.
        17            Q.      Did you ask Mr Afsarpour to take
        18    your share of that profit and give it to you?
        19            A.      No, I did not at the time, no.
        20            Q.      When you say, "at the time" what
        21    time are you referring to?
        22            A.      Well, we are talking about when the
        23    share prices went up, yes.  I just left everything
        24    to Mr Afsarpour judgements.
        25            Q.      Did you ever learn from
  00030:01    Mr Afsarpour that his trading account had been
        02    frozen?
        03            A.      He told me his account is being
        04    frozen. I cannot remember exactly when he told me.
        05    I cannot tell you the date, I am afraid. 5 years
        06    ago, I am afraid, but he told me the account is
        07    being frozen. Yes.
        08            Q.      Was it after the shares had gone
        09    up?
        10            A.      I think so, yes.
```

**11. PAGE 30:12 TO 31:08  (RUNNING 00:01:19.073)**

```
        12                    Before investing did Mr Afsarpour
        13    ever mention the name Sasan Sabrdaran?
        14            A.      No, he did not.
        15            Q.      Did he mention it to you after he
        16    told you his accounts were frozen?
        17            A.      He told -- I cannot recall exactly
        18    when he told me.  I think when he said there is an
        19    investigation he mentioned the same Sasan.
        20            Q.      And what did he tell you?  Did he
        21    tell you anything more about Sasan during this
        22    conversation?
```

## SEC v Sabrdaran

```
         23         A.      No, he said he knew somebody called
         24    Sasan.  I did not know what his surname was.  I
         25    have never come in contact with this gentleman.
00031:01    Never knew he existed to be honest with you.  So
         02    he said he knew this gentleman for some time. Some
         03    time, I do not know exactly how long it was, yes.
         04    But it came to my knowledge last time which I had
         05    the interview in London, Catherine told me
         06    Mr Afsarpour has been looking after Mr Sasan's dad
         07    or something like that in Iran.  I did not know
         08    that before. I never knew that.
```

**12.  PAGE 31:09 TO 34:01  (RUNNING 00:03:17.318)**

```
         09         Q.      Did Mr Afsarpour tell you as part
         10    of the conversation regarding the investigation
         11    that Sasan worked at InterMune?
         12         A.      No, he did not.
         13         Q.      He never told you that Sasan worked
         14    at InterMune?
         15         A.      No.
         16         Q.      Did you learn at a later date that
         17    Sasan did work at InterMune?
         18         A.      Later on when the investigation was
         19    on, yes, I knew Mr Afsarpour told us he knew
         20    somebody.  Mr Sasan he knew, which he works in
         21    that company.
         22         Q.      Okay. Did you ever discuss
         23    Afsarpour telling you that he knew Sasan worked at
         24    InterMune with Mr Sahab?
         25         A.      After when the investigation was
00032:01    there I was asking Mr Sahab did you knew he knew
         02    somebody in the company.  He said, no, he did not
         03    and I did not, no, the discussion with Mr Sahab.
         04         Q.      What was your reaction when you
         05    learned that Mr Afsarpour knew somebody who worked
         06    at InterMune?
         07         A.      A bit surprised.  And Mr Sahab was,
         08    I think, yes. I think Mr Sahab was more surprised
         09    because he is -- he knows Mr Afsarpour over
         10    30 years perhaps.  Perhaps he thought, you know,
         11    he is friend perhaps he should have told him if
         12    that is the case.  I certainly did not know.
         13    Mr Sasan exist as such.
         14         Q.      Mr Vasseghi, I am handing you what
         15    has been marked as Exhibit 28, can you please take
         16    a look at that?
         17         (Exhibit 28 marked for identification)
         18         A.      My numbers.
         19         Q.      Yes.  In one of the breaks I asked
         20    you to write down your name and your mobile number
         21    and your residence number and your email, is that
         22    right?
         23         A.      That is right.
         24         Q.      And does Exhibit 28 accurately
         25    reflect your residence and mobile number that you
00033:01    had in 2010 to the best of your recollection?
         02         A.      That is right.
         03         Q.      And is the email listed, the email
         04    address listed on Exhibit 28, is that the email
         05    address that you had in late 2010?
         06         A.      Yes.
         07         Q.      Thank you. I just have a few more
         08    questions. Mr Vasseghi, Mr Afsarpour is a friend
         09    of yours, is that right?
         10         A.      Yes.
         11         Q.      When was the last time you spoke
```

**Case Clip(s) Detailed Report**
**Monday, October 31, 2016, 5:11:41 PM**

## SEC v Sabrdaran

```
         12    with Mr Afsarpour?
         13         A.      When?
         14         Q.      Yes.
         15         A.      2 weeks ago. 10 days ago.
         16         Q.      Did you tell him that you were
         17    coming to meet with the Securities and Exchange
         18    Commission, with Mr Donnelly and myself?
         19         A.      Yes, he was at knowledge. He knew.
         20         Q.      Did he say anything to you when you
         21    told him?
         22         A.      Not in particular, no.
         23         Q.      Did he say anything?
         24         A.      He said I suppose this is another
         25    interview same as the one which you went for in
00034:01       London.
```

**13.  PAGE 34:02 TO 34:05  (RUNNING 00:00:08.803)**

```
         02         Q.      Do you consider Mr Afsarpour a
         03    close friend?
         04         A.      Yes, even though my life is a bit
         05    changed now.  You know, I have a lot of -- I have
```

**14.  PAGE 35:03 TO 35:04  (RUNNING 00:00:03.180)**

```
         03              MR SMITH:  Mr Vasseghi, I just have
         04    a few more questions.
```

**15.  PAGE 35:20 TO 37:03  (RUNNING 00:01:30.835)**

```
         20         Q.      You mentioned that your daughter,
         21    Shireen, invested in the InterMune deal, do you
         22    know if she opened her own brokerage account?
         23         A.      No, she did not.
         24         Q.      How did Shireen invest in
         25    InterMune?
00036:01       A.      As you say, she wired the money to
         02    Mr Afsarpour.
         03         Q.      And do you know when she wired that
         04    money?
         05         A.      After which I have invested.  I do
         06    not know, 2 or 3 days.  2 days.  Whatever.
         07         Q.      Do you know how much she invested?
         08         A.      She invested #10,000.
         09         Q.      Do you know how much -- or how did
         10    you -- how much profit -- how much money did you
         11    get back once Mr Afsarpour gave you the profit
         12    from your investments?
         13         A.      #175,000 or thereabouts. Yes.
         14         Q.      How about Shireen, do you know how
         15    much money she got out of the deal?
         16         A.      I think she got about #40,000.  Or
         17    less than #40,000.
         18         Q.      Do you know the company that
         19    Mr Afsarpour was placing the spread bets with?
         20         A.      I think, was it IG?
         21         Q.      Is that your recollection?
         22         A.      It is my recollection.  I am not --
         23    I keep saying I did not think it was a spread bet.
         24    At the time I think it was buying shares, yes,
         25    want to say that.
00037:01       Q.      Did you know that IG or IG Index
         02    was a spread betting company?
         03         A.      At the time I did not.
```

**16.  PAGE 37:06 TO 39:09  (RUNNING 00:02:43.868)**

```
         06              MR COOKE:  I have a few questions.
         07    I am Christopher Cooke.  We met in the hallway.  I
```

## SEC v Sabrdaran

```
08    represent Mr Afsarpour. I want to ask you about --
09    a couple of questions about this issue about
10    buying shares versus spread bets that counsel
11    asked you about.
12         Q.    When you gave money to Afsarpour it
13    was, if I understand it, after he showed you a
14    chart showing the share price, is that right?
15         A.    Yes.
16         Q.    And so in 2010 did you know what
17    spread bets were?
18         A.    I did not know a -- what a spread
19    bet was. The most I knew is when I saw that graph
20    it was the price of a share going up. And, you
21    know, Mr Afsarpour showed us that graph I keep
22    saying, "what happened there?" Of course, it was
23    a spike or a drastic increase in price. And he
24    said, "well, they introduced --", or it was a take
25    over bid. Something in that nature. I am not
00038:01    sure what he said.
02              But, you know, when you asked
03    Mr Afsarpour what makes you think which is this
04    keep telling must buy shares, buy these shares,
05    what has happened, keep saying he has been
06    watching the shares and the volume of shares has
07    gone up, increased, and the price of share
08    increase. So these are the explanation of that
09    gentleman. The chances are it might go up. The
10    price of share might go up.
11         Q.    So he had been telling you that he
12    has been watching the shares and they had gone up
13    and he thought it would go up again?
14         A.    Yes.
15         Q.    And what you were looking at, what
16    you understood you were looking at was a chart of
17    the stock price, is that right?
18         A.    That is right.
19         Q.    Did he specifically tell you that
20    he was going to buy shares or spread bets or
21    options, or did you just assume he was buying
22    shares?
23         A.    I assumed. And the option then we
24    are only talking about shares. I did not know
25    option exist. I did not know what option means.
00039:01    Same as I was not really familiar with the spread
02    bet, how a spread works. I am afraid you might
03    say I am a bit ignorant of these things, but I
04    have never come across these things before. It was
05    all new to me. Never seen it before. Never
06    familiar with the terms really.
07         Q.    Were you leaving it up to his
08    discretion as to how to best invest your money in
09    InterMune?
```

**17. PAGE 39:11 TO 40:04  (RUNNING 00:00:52.341)**

```
11         A.    I was just leaving it to my friend
12    to make an informed decision on behalf of me. I
13    was just passing the money to Mr Afsarpour to buy
14    shares.
15    BY MR COOKE:
16         Q.    Do you know about whether there are
17    any tax advantages between buying spread bets on a
18    security versus buying shares in the UK?
19         A.    I did not know at the time. Later
20    on when Mr Afsarpour he was returning the money to
21    us and the rest of it he said, "ah, well, you do
22    not have to pay" -- he asked his solicitor. He
```

### SEC v Sabrdaran

```
          23    said, "you do not have to pay tax on this because
          24    it is an option and an option does not come to tax
          25    bracket".
00040:01                Q.     So he told you later that you did
          02    not have to pay taxes because of the way in which
          03    he invested your money?
          04                A.     Yes.
```

**18.  PAGE 40:07 TO 40:09  (RUNNING 00:00:05.359)**

```
          07                Q.     Do you know if that is the reason
          08    why he purchased spread bets instead of something
          09    else?
```

**19.  PAGE 40:11 TO 43:17  (RUNNING 00:05:34.334)**

```
          11                A.     I do not know.  I do not know, but,
          12    of course, I just passed the money to somebody who
          13    knew what he was doing.  He was dealing in shares
          14    and he had accounts.  I am afraid I neither had
          15    accounts or never bought any shares or sold any
          16    shares.  It was all dark to me.  When I say dark
          17    it is not dark, something which I have not come
          18    across.  Did not know what to think.  But, you
          19    know, this gentleman he has being doing this for a
          20    long time, and the reason which he really, you
          21    might tell me, or this gentleman might tell me, Mr
          22    Smith tell me why did you invest, for me it was
          23    Mr Afsarpour was buying the shares of these
          24    company, i.e. even in, well, in November or even
          25    in that October or November, and he keeps buying
00041:01    the shares, and he was suggesting and I told him
          02    what is good enough for Mr Afsarpour is good
          03    enough for me since I did not know anything about
          04    how the market works or this sort of thing.  So I
          05    was going along with it.
          06                Q.     Would you describe Mr Afsarpour as
          07    a successful businessman?
          08                A.     Yes.  Yes, he is successful. He is
          09    a gentleman which he can make decisions quickly.
          10    That indicate a sharp mind to me. You might throw
          11    an idea to me, it takes me a while for me to
          12    analyse it or to come round to it or, you know, to
          13    understand it even some time, because shares was
          14    not my game.  If you had shown me something in
          15    terms of properties or is this worth it or is it a
          16    good investment.  I had better experience about
          17    it.  But this shares or options absolutely it was
          18    no experience of it whatsoever and I just trusted
          19    on that account to Mr Afsarpour to invest it on
          20    behalf of me.
          21                Q.     Was Mr Afsarpour's experience,
          22    prior experience in investing in the securities
          23    markets one of the reasons why you decided to
          24    invest with him at this time, in December of 2010?
          25                A.     Yes. He knew what he was doing.
00042:01    Well, I did not have a faintest idea. This
          02    gentleman he was trained.  He did a course.  He
          03    had a badge, so to speak.  And he had his own
          04    account to buy.  So to me which I was a real
          05    novice in the game. He was -- I trusted him.
          06                Q.     Was his behaviour in suggesting
          07    this investment at this poker party and before,
          08    when he talked to you before, was it at all
          09    unusual for him to make these types of
          10    suggestions?
          11                A.     No.  No, it is not. He is a very
          12    confident guy. He is a very convincing guy.  I
```

## SEC v Sabrdaran

```
13    would not say he is forceful, but when he thinks
14    he is on the right track he can really argue his
15    corner.  He can impress people with his reasoning
16    and that is the nature of the gentleman.  He is an
17    extremely confident and forthcoming person.  And
18    when he think he is -- about any shares or price
19    of, say, oil is going down or going up he really
20    can -- he really puts his arguments forward.  He
21    come across like that. Yes.
22           Q.     And did he come across this way,
23    this forceful, confident way when he was talking
24    to you about InterMune?
25           A.     Well, in November I did not know
00043:01    what InterMune was.  He was saying he has been
02    looking at the charts of this InterMune and, you
03    know, all the indications are which the price of
04    share will go up because the volume and the price
05    is going up.  That was it. Yes. He was confident
06    about this -- probably the shares prices will go
07    up.
08                  But I say, for example, I bought
09    shares I thought at the most the share might lose
10    $3 a share.  If it gains I do not know how much
11    the share goes.  So the risk was limited to go
12    along with such a project. And I never thought for
13    a minute -- I thought worse comes of the worst I
14    might lose about $5,000 because I was buying
15    shares.  The price of that share might come down.
16    If it goes up, well, it was an exciting time.  And
17    if it goes up.
```

**20.  PAGE 44:04 TO 45:11  (RUNNING 00:02:12.087)**

```
04           Q.     Was he acting unusual at all when
05    he was discussing InterMune versus other
06    investments?
07           A.     No, self-confident chap which I say
08    the gentleman is. He was arguing the same way as
09    he was arguing about the price of gold and/or even
10    whatever commodities.  And whatever it was. It was
11    the same Mr Afsarpour which I knew.  And for me
12    with spread bet, as Mr Donnelly says, I was under
13    the impression spread bets you might lose all your
14    money or whatever it is.  But I was buying shares
15    and how much can I lose when a price of a share
16    will go down. So $2 a share or whatever it was.  I
17    was prepared myself for a small, you know, loss,
18    but the gain was well...
19           Q.     I want to ask you little bit --
20    questions about a little bit different topic,
21    about the type of person Mr Afsarpour is, would
22    you say he is a person who likes to take risks?
23           A.     Yes.
24           Q.     In what way have you seen him take
25    risks?
00045:01           A.     Starting new businesses. He -- you
02    know, he might chat to somebody and think, well,
03    this guy he has got potential in certain line of
04    business, and since he always liked this sort of
05    adventures, can I say a few pots cooking at the
06    same time, he always adventure and, as you say,
07    take risk.  He goes for it.  Some of it might
08    absolutely turn sour.  Some of it might turn rosy.
09    But he is the gentleman who takes risk. Yes.
10           Q.     Did you think of him as an
11    optimistic person?
```

## SEC v Sabrdaran

**21. PAGE 45:14 TO 45:20  (RUNNING 00:00:30.212)**

```
14          A.    Optimistic is a matter of opinion.
15    If you think somebody is optimistic, or, I do not
16    know, a fool for example, well, he is positive. He
17    is positive.  And he thinks if you put your foot
18    forward with a positive intention good things will
19    happen rather than see the negative side of
20    things. Yes.
```

**22. PAGE 45:22 TO 46:10  (RUNNING 00:00:57.736)**

```
22          Q.    Would you describe him in terms of
23    his character, is he a generous person?
24          A.    Yes, he does a lot of charity work.
25    He gives a lot to charity. He invest a lot of his
00046:01    time in charity. I think the most thing which you
02    can be generous with is your time really,
03    especially for a person like Mr Afsarpour which
04    is -- he is a busy person. If you are there his
05    mobile goes ten times more than mine.  He is
06    always on his laptop chatting to people. He is a
07    very outgoing personality. And he come across
08    different people and I say he make his decision
09    quickly.  He is positively taking decision, let us
10    see what happens.
```

**23. PAGE 47:19 TO 48:13  (RUNNING 00:00:54.676)**

```
19          Q.    And then in terms of these
20    investments in InterMune that I think you
21    testified you made and your daughter made, did you
22    think at the time you were making these
23    investments that you were participating in
24    something that was illegal or wrong?
25          A.    No, none whatsoever.
00048:01          Q.    And you have met with the SEC a
02    number of times, is that right?
03          A.    Once I met them in London about
04    3 years ago.
05          Q.    2012?
06          A.    That is right, yes, 2012.
07          Q.    And then last week, right?
08          A.    And we had a short conversation.  I
09    saw them last week.
10          Q.    But in all these times have you
11    tried to tell them the truth as best you can
12    recall about these events?
13          A.    I surely have, yes.
```

**24. PAGE 49:06 TO 51:07  (RUNNING 00:03:26.988)**

```
06          Q.    In speaking with Mr Cooke you said
07    that Mr Afsarpour was -- is your testimony that
08    Mr Afsarpour was telling you that he was buying
09    shares in October or buying shares in November;
10    was that your testimony?
11          A.    I think he said he has been buying
12    InterMune shares, yes, before, certainly before I
13    passed the money and asked the gentleman to buy
14    shares on my behalf.  He has been doing that.
15          Q.    And Mr Cooke also asked you --
16    well, how far do you recall how -- what the first
17    time -- when the first time was that Mr Afsarpour
18    said he was buying shares of InterMune?
19          A.    November.  Must have been November.
20    First time I come across it which I -- 5 years
21    ago, latter part of November, middle of November
```

Case Clip(s) Detailed Report
Monday, October 31, 2016, 5:11:41 PM

## SEC v Sabrdaran

```
22    which he said. It was in 2010 which he was buying
23    the shares of InterMune. Or perhaps before. I am
24    not sure what his holding was at the time.
25         Q.    You also, you and Mr Cooke also
00050:01    talked about how there was the way Mr Afsarpour
02    presented his encouragement to buy InterMune was
03    the same forceful, confident way that he suggested
04    you buy Vodafone, is that right?
05         A.    Yes.
06         Q.    Or gold or oil, now, did you ever
07    give Mr Afsarpour #30,000 to invest in Vodafone?
08         A.    Vodafone it was well before it came
09    to the scene or get familiar with buying shares or
10    anything. Vodafone it was something which
11    Mr Afsarpour has invested in the past and he was
12    telling us about it. So at the time I was not
13    round in the scene to invest in Vodafone or
14    anything like that.
15              And may I remind you, which I said
16    the reason which I invested on this shares
17    virtually it was the fact that my game was
18    properties, and properties at the time in England,
19    perhaps same as in USA, dead market. Nothing
20    happening. If anything, it was on the slide and
21    the market was -- price of properties going from
22    bad to worse, going lower and lower. And I did
23    not -- I had money in my account doing nothing,
24    and I thought I will invest in the share of
25    InterMune because I could not see to myself to buy
00051:01    any property in future.
02              As a matter of fact for the next
03    3 years after that I never bought any other
04    properties. So there was -- I had money in the
05    bank. And the idea came InterMune, buy shares. I
06    thought I will buy shares with a limited risk of
07    how much can they go, how much low can they go.
```

**25. PAGE 51:08 TO 52:22 (RUNNING 00:02:04.216)**

```
08         Q.    Sure. I guess my question is even a
09    little simpler, you never gave Mr Afsarpour money
10    to invest in Vodafone, did you?
11         A.    No, I did not.
12         Q.    Ever give him money to invest in
13    gold?
14         A.    Gold, no. Because that being a
15    spread bet in my understanding.
16         Q.    And you did not want to give money
17    to Mr Afsarpour to invest in spread bets?
18         A.    I was buying shares.
19         Q.    You talked about at the poker party
20    how Mr Afsarpour showed you a chart with a big,
21    high spike in the share price?
22         A.    Yes.
23         Q.    Was that a chart for InterMune?
24         A.    Yes.
25         Q.    And did Mr Afsarpour tell you why
00052:01    he thought the big spike in the price occurred?
02         A.    The previous one?
03         Q.    The previous big spike, yes.
04         A.    I think it could have been the fact
05    either they were overtake -- somebody overtaking
06    the company, or introduction of a medicine or
07    whatever it was. Bearing in mind that when you
08    talk about these poker games it is not that you
09    are sitting round here, everybody is very
10    focussed, it was a socialising night and everybody
```

### SEC v Sabrdaran

```
11   chatting to each other, somebody playing
12   backgammon.  At the same time quite noisy.  Music
13   was out.  You know, how much of it did you grasp
14   at the time.  I do not know, you had to be really
15   focussed or listen to the guy otherwise it was
16   busy socialising.  That came about when he said
17   it.  Some people take notice of it. Some perhaps
18   did not.
19          Q.      And Afsarpour told you the spike
20   and gave you what he thought was the reasons?
21          A.      I think it was overtake or
22   introduction of a new medicine.
```

**26. PAGE 53:02 TO 54:18  (RUNNING 00:02:02.106)**

```
02          Q.      In 2010 you said you had money in
03   your bank account?  Why was that? What was the
04   source of that?
05          A.      I have sold a couple of businesses
06   and had #150,000, something in that nature in my
07   account.
08          Q.      Was it unusual for you to have that
09   much money sitting in cash in your bank account?
10          A.      Yes, because -- yes, certainly it
11   was unusual because I have never sold a couple of
12   businesses virtually at the same time.  But I was
13   coming after divorce and I had enough of these
14   things so got rid of the businesses and the money
15   was there.
16          Q.      When Mr Afsarpour talked to you
17   about Vodafone did you have the same amount of
18   money available for investment?
19          A.      No. But I have never been, so to
20   speak, poor, or I cannot say I had -- I certainly
21   did not have that figure in my account, but I was
22   always -- there was a few thousand pounds in my
23   account, yes.
24          Q.      Before the financial crisis in
25   2008/2009, where did you invest most of your
00054:01   money?
02          A.      Properties.  Buy to let scheme,
03   investment and commercial properties.
04          Q.      So was it your practice to not have
05   a large cash balance in your bank account, but
06   rather to invest that money during this period
07   before the crash?
08          A.      I probably would have invested in
09   properties, but as I was saying England, same as
10   USA, the price of property was on the slide.  And
11   if you buy something today 6 months down the line
12   you would have lose a good few thousand pounds.
13   That was the nature of what happened.
14          Q.      So just to wrap up, so when he was
15   talking to you about InterMune you happened to
16   have more than you normally did sitting in cash in
17   your bank account available for investment, is
18   that accurate?
```

**27. PAGE 54:22 TO 54:24  (RUNNING 00:00:11.814)**

```
22          A.      It is true.  For the next 3 years
23   the money was even in my account and I did not
24   need it to invest in anything.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:55:49.931)**

## SEC v Sabrdaran

 **Sepahpourfard, Sahab (Vol. 01) - 10/27/2015**          1 CLIP  (RUNNING 00:48:32.588)

 FINAL

**SS-1027-0000522-002**          **25 SEGMENTS  (RUNNING 00:48:32.588)**          

**1. PAGE 6:07 TO 6:13  (RUNNING 00:01:01.488)**

```
07   7                  THE VIDEOGRAPHER:  Thank you.  Will
08   8   the Court Reporter please swear in the witness and
09   9   we can proceed.
10  10                  Mr Sahab Sepahpourfard
11  11                  having been duly sworn
12  12                  testified as follows:
13  13                  EXAMINED BY MR SMITH:
```

**2. PAGE 7:02 TO 10:03  (RUNNING 00:03:01.854)**

```
02   2                  Q.   Sir, could you, please, spell your
03   3   name for the record?
04   4                  A.   Sahab, S-A-H-A-B, Sepahpourfard is
05   5   S-E-P-A-H-P-O-U-R-F-A-R-D.
06   6                  Q.   Mr Sepahpourfard, where were you
07   7   born?
08   8                  A.   In Iran, Tehran.
09   9                  Q.   And when did you move to the United
10  10   Kingdom?
11  11                  A.   1978.
12  12                  Q.   In 1978 when you moved to the
13  13   United Kingdom in which part of the United Kingdom
14  14   did you move?
15  15                  A.   I came straight to Manchester.
16  16                  Q.   Have you lived in Manchester since
17  17   1978?
18  18                  A.   Correct.
19  19                  Q.   Of what country are you a citizen?
20  20                  A.   England.  United Kingdom.
21  21                  Q.   Are you a citizen of any other
22  22   country?
23  23                  A.   I also have -- I have the two
24  24   passports, but my residence is in England.
25  25                  Q.   Do you have dual citizenship with
00008:01   1   England and Iran?
02   2                  A.   Yes, I have.
03   3                  Q.   What do you do for a living
04   4   Mr Sepahpourfard?
05   5                  A.   Food takeaway shop.
06   6                  Q.   Do you own that business?
07   7                  A.   I am partner with Mr Afsarpour.
08   8                  Q.   Have you done anything else beside
09   9   own a food shop with Mr Afsarpour?
10  10                  A.   Anything else like business wise?
11  11                  Q.   Yes, for a living.
12  12                  A.   For a living?
13  13                  Q.   Yes.
14  14                  A.   No. I do not think so.  No, I have
15  15   not.
16  16                  Q.   Did you live in Manchester in 2010?
17  17                  A.   Did I live in Manchester?
18  18                  Q.   Yes.
19  19                  A.   Of course, yes.
20  20                  Q.   And what was your income in 2010?
21  21   Your annual income?
```

## SEC v Sabrdaran

```
    22  22            A.      It is about, I do not know, 13,000
    23  23    14,000.
    24  24            Q.      Pounds?
    25  25            A.      Probably.
00009:01   1          Q.      Per annum?  Annual?
    02   2            A.      That was the profit of the shop.
    03   3            Q.      In 2010 did have you a cellular
    04   4    phone?
    05   5            A.      2010?
    06   6            Q.      Yes.
    07   7            A.      Yes, I have.
    08   8            Q.      Do you remember the number that you
    09   9    had in 2010, that phone number?
    10  10            A.      That is about 5 years ago.
    11  11    Probably it was 079858 -- or 720.  Something like
    12  12    that.
    13  13            Q.      Is it the same number that you have
    14  14    today?
    15  15            A.      No, I do not think so.  I do not
    16  16    think so, no.  I have a different number.
    17  17            Q.      Did you have a number at your
    18  18    residence? A phone number at your residence in
    19  19    2010?
    20  20            A.      Yes, 614, it is 0161 49578.
    21  21            Q.      How about at the shop?  In -- are
    22  22    you at the shop now that you were in 2010 --
    23  23            A.      Yes, I am in the same shop.
    24  24            Q.      -- and is the phone number the
    25  25    same?
00010:01   1          A.      The phone number is the same, yes.
    02   2            Q.      And what is that phone number?
    03   3            A.      0161 4487520.
```

**3.  PAGE 10:07 TO 11:15  (RUNNING 00:02:04.544)**

```
    07   7            Q.      Do you anyone named
    08   8    Balvinder Nijjar?
    09   9            A.      Yes.
    10  10            Q.      How do you know Mr Nijjar?
    11  11            A.      I know Mr Nijjar about since
    12  12    probably 1988, '89. I had a car that -- I met him
    13  13    in a garage of my friend, and he wanted my car so
    14  14    I sold my car to him.  That is when I first met
    15  15    Mr Nijjar.
    16  16            Q.      Whose -- you said you were at a
    17  17    friend's garage, whose friend was that? What was
    18  18    the name of that friend?
    19  19            A.      It was -- I think it was Shahrokh
    20  20    because it has changed hands a few times in the
    21  21    past 20-odd, 30 years or so. It is a long time.  I
    22  22    do not know, 25.  But I can name a few which is --
    23  23    one of them is either Ali Shahrokh, not this
    24  24    Shahrokh, but I know now is another Shahrokh is
    25  25    maybe Raheem.  And also Mr Afsarpour Farhang also
00011:01   1    had a garage.  It was this garage.  That was about
    02   2    19 -- about 1995 that he wanted to go in this
    03   3    garage.  He had it for a short while and just --
    04   4    he got rid of it because it was not...
    05   5            Q.      Do you know if Mr Nijjar knows
    06   6    Mr Afsarpour?
    07   7            A.      Yes.
    08   8            Q.      Do you know anyone named Homeyra
    09   9    Shahbodaghloo?
    10  10            A.      I have heard only Homeyra.  I do
    11  11    not know the surname or I never met or spoke to.
    12  12            Q.      What do you know about Homeyra?
    13  13            A.      I just know that he is not in
```

Case Clip(s) Detailed Report
Monday, October 31, 2016, 5:10:41 PM

## SEC v Sabrdaran

```
         14   14        England.  She is not in England.  She is abroad.
         15   15        Probably in the States.
```

**4.  PAGE 11:21 TO 14:03  (RUNNING 00:02:38.085)**

```
         21   21              Q.      Do you know if Homeyra knows
         22   22        Farhang Afsarpour?
         23   23              A.      I presume yes. I have heard a few
         24   24        times after 2000 -- after this, sort of, problem
         25   25        with the shares I have heard of the Homeyra that
      00012:01    1     apparently is one of the person who bought some
         02    2        shares.
         03    3              Q.      How did you learn this information?
         04    4              A.      It was just through the
         05    5        conversation.
         06    6              Q.      With whom?
         07    7              A.      With Farhang and maybe, I do not
         08    8        know, some others that know them.
         09    9              Q.      Mr Afsarpour told you that a woman
         10   10        living abroad named Homeyra also bought shares?
         11   11              A.      I do not know if he mentioned that
         12   12        he is living abroad, but I presume he is abroad --
         13   13        she was abroad.  I do not know.
         14   14              Q.      But Mr Afsarpour told you --
         15   15              A.      But I know that she is abroad now.
         16   16              Q.      -- okay.
         17   17              A.      I cannot remember where exactly.
         18   18              Q.      You learned from Mr Afsarpour that
         19   19        Homeyra bought shares as well?
         20   20              A.      Yes. Yes.
         21   21              Q.      We have talked a little bit about
         22   22        Farhang Afsarpour, when did you meet Mr Afsarpour?
         23   23              A.      When?
         24   24              Q.      Yes.
         25   25              A.      How many years ago?
      00013:01    1           Q.      Where did you meet --
         02    2              A.      Where?  When I started work in one
         03    3        of the shops and chain, take away shops and I met
         04    4        Mr Afsarpour there.  He was already working there.
         05    5        So we met there.  I think it was around 1980 or
         06    6        '81.
         07    7              Q.      -- did you and Mr Afsarpour become
         08    8        friends?
         09    9              A.      Yes.
         10   10              Q.      Are you still friends today?
         11   11              A.      Yes.
         12   12              Q.      Mr Sepahpourfard, have you ever
         13   13        made any investments in financial securities?
         14   14        Shares?
         15   15              A.      I have, yes.
         16   16              Q.      And how many times have you made
         17   17        investments in financial securities?
         18   18              A.      The only time before this ITMN
         19   19        shares I bought with my first wife, we bought some
         20   20        Eurotunnel shares.
         21   21              Q.      And when did you purchase the
         22   22        Eurotunnel shares?
         23   23              A.      I do not know.  It was not built
         24   24        yet.  So it was maybe a year or two before the the,
         25   25        sort of, finish.
      00014:01    1           Q.      Did you --
         02    2              A.      In the '80s. I say in late '80s it
         03    3        was...
```

**5.  PAGE 15:06 TO 16:25  (RUNNING 00:02:49.735)**

```
         06    6              Q.      Do you know did Mr Afsarpour
         07    7        encourage you to invest in Vodafone?
```

## SEC v Sabrdaran

```
08   8              A.      A lot, yes.
09   9              Q.      Did you ever invest in Vodafone?
10  10              A.      No.
11  11              Q.      Are there other financial
12  12   securities or other things that Mr Afsarpour
13  13   encouraged you to invest in?
14  14              A.      Yes, this shop that we are in at
15  15   the moment.  Actually he came with the idea that
16  16   Sahab -- he said because I came out of Kentucky
17  17   ten years.  It was about 1991 or '2 I came out of
18  18   Kentucky and I went to Farhang's shop.  I was his
19  19   manager, and Farhang suggest me why don't you open
20  20   a shop together.  And I said I am all with it,
21  21   but -- and he found a shop actually.  So -- and I
22  22   thought it was a good spot and it looked good.  So
23  23   that is what we did. It was around -- it was 1995.
24  24              Q.      Other than the shop that you and
25  25   Mr Afsarpour currently own did you invest in any
00016:01  1   financial securities or commodities that
02   2   Mr Afsarpour recommended to you?
03   3              A.      Not many, no.  I have not at all
04   4   until this ITMN.
05   5              Q.      All right. And we will talk about
06   6   ITMN in a few minutes.
07   7              A.      Sure.
08   8              Q.      How many times do you think --
09   9   well, how many times did Mr Afsarpour suggest
10  10   stocks or securities or financial investments
11  11   other than the shop?  How many times did he
12  12   mention those to you, say, starting in 2000?
13  13              A.      A lot of times.  I say a lot.  I do
14  14   not know maybe around maybe 6, 7 times maybe. I
15  15   cannot be sure exactly how many times.  But a few
16  16   times.  Less than 10 times.
17  17              Q.      You have mentioned ITMN, did
18  18   Mr Afsarpour ever encourage you to invest in
19  19   ITMN -- in a stock with the ticker symbol ITMN?
20  20              A.      He advised me to get some shares.
21  21   Apparently it was ITMN.  And it was around -- as
22  22   we said I think it was 2010.
23  23              Q.      Do you remember when in 2010?
24  24              A.      I do not remember exactly.  Even
25  25   which month it was.  I know it was around 2010.
```

**6. PAGE 17:11 TO 25:05 (RUNNING 00:10:05.838)**

```
11  11              Q.      Describe the circumstances that
12  12   Mr Afsarpour first mentioned investing in ITMN?
13  13              A.      The very first time?
14  14              Q.      Yes.
15  15              A.      I cannot remember the very first
16  16   time.  I cannot remember exactly when was the very
17  17   first time. But he -- a few times I think he
18  18   showed the graph as I recall a few times.  Showed
19  19   the graph and the share.  But I could not
20  20   understand at first.  But when he showed me the
21  21   previous year that the share went up so much on
22  22   that ITMN, sort of, he said that -- it is a good
23  23   idea if you want to put some money.
24  24              Q.      He showed you a chart that
25  25   showed --
00018:01  1              A.      The chart.
02   2              Q.      -- a chart that showed ITMN stock
03   3   going up at a prior period, is that right?
04   4              A.      That is right, yes.
05   5              Q.      Did you ask Mr Afsarpour what ITMN
06   6   stood for?
```

## SEC v Sabrdaran

```
07   7            A.    I cannot remember.  Even if he told
08   8    me I have forgotten because even last week when I
09   9    spoke to you and the interview I could not
10  10    remember.  Probably he told me.  Probably.  I say
11  11    most probably must have asked, but I cannot
12  12    remember.
13  13            Q.    You do not have any specific
14  14    recollection of asking?
15  15            A.    No.
16  16            Q.    Do you have any recollection about
17  17    asking anything about what the company did?
18  18            A.    No.
19  19            Q.    Do you know what the company does
20  20    today?
21  21            A.    I do not know.  I am not following
22  22    it.  I presume it is the same thing.
23  23            Q.    Did Mr Afsarpour ask you more than
24  24    one time or encourage you more than one time to
25  25    invest in ITMN?
00019:01   1            A.    I cannot recall if he mentioned
02   2    ITMN or not because a few times he asked me maybe
03   3    for different shares and I cannot remember the
04   4    names.  I am not very good, but ...
05   5            Q.    Does Mr Afsarpour hold poker
06   6    parties at his house?
07   7            A.    Yes, he does.
08   8            Q.    How often does he hold poker
09   9    parties at his house?
10  10            A.    Sometimes once every fortnight. It
11  11    can happen once a week, and also it can happen
12  12    once every four weeks because sometimes we go
13  13    other side to Sheffield to the other guys, or they
14  14    come here.  So it is -- but on average I say once
15  15    every 2 weeks in -- at his house.
16  16            Q.    And that is here in Manchester?
17  17            A.    That is in Manchester, yes.
18  18            Q.    And how many people usually attend
19  19    these poker parties?
20  20            A.    Between 8 and 14, 15 people. Not
21  21    everybody plays poker, obviously.  But it is just
22  22    get together, make some Persian meal, Persian food
23  23    and just talking. And some people at the end of
24  24    the meal we start, sort of, playing poker.  Some
25  25    people maybe play backgammon or just watch TV or
00020:01   1    have a drink.
02   2            Q.    Did Mr Afsarpour ever mention
03   3    investing in ITMN at one of his poker parties?
04   4            A.    He mentioned as we say probably it
05   5    was ITMN at the time was mentioned in the shares,
06   6    yes.
07   7            Q.    Did he show you and other people at
08   8    the poker party a chart?
09   9            A.    Yes.
10  10            Q.    And do you remember what you looked
11  11    at on that chart? Or let me ask you, did you look
12  12    at that chart?
13  13            A.    I looked at the chart. It was on
14  14    the -- I think it was a laptop.  It was on the
15  15    laptop screen and he took me to the -- exactly the
16  16    year before at the time that night.  So it was
17  17    about -- I think it was about March.  Or was it
18  18    March or something?  I think it was about March.
19  19    It was showing that the chart was -- the graph was
20  20    shooting up.
21  21            Q.    In March?
22  22            A.    I cannot remember exactly which
```

## SEC v Sabrdaran

```
23  23   month.  But it was 1 month -- it was showing a
24  24   sharp rise very fast it was showing and coming
25  25   down again.  But I did not know how many days it
00021:01  1   was that it stayed up actually, them shares.
02   2           Q.     Mr Sepahpourfard, you are not a
03   3   frequent investor in securities, are you?
04   4           A.     No. Not at all.
05   5           Q.     And do you -- when looking at this
06   6   chart did you rely upon Mr Afsarpour's analysis of
07   7   it?
08   8           A.     Sorry, can you repeat that?
09   9           Q.     When Mr Afsarpour was describing
10  10   the chart to you did you trust his analysis of it?
11  11           A.     No.
12  12           Q.     Why not?
13  13           A.     Because he was always, sort of,
14  14   wanted to show that he knows everything.  I was,
15  15   sort of -- I was not buying it. But I did not know
16  16   anything about shares myself, but I was not buying
17  17   it that someone can go and pay a few thousands in
18  18   classes and these sort of things and learn all
19  19   these sort of things.  It can be just pure luck
20  20   sometimes.  But I could not get convinced.  Maybe
21  21   I did not know anything about shares. So I was not
22  22   that bothered what he was saying.  Maybe some of
23  23   the other people took him more serious.  But I did
24  24   not.
25  25           Q.     And you said you did not take him
00022:01  1   very seriously, or you did not take him too
02   2   seriously, is that right?
03   3           A.     You know --
04   4           Q.     That is what you just said?
05   5           A.     -- that is right.  We had few
06   6   times -- not few times, once or twice around when
07   7   he was doing the Vodafone about 2000 conversation
08   8   that he wanted to convince me that he knows, and I
09   9   wanted to convince him that he does not know.  So
10  10   it was like a challenge.  It was like a challenge
11  11   with each other, pulling each other's legs, sort
12  12   of.  I do not know.
13  13           Q.     So at this poker party that
14  14   Mr Afsarpour suggested or encouraged you and
15  15   others to invest in ITMN do you recall when this
16  16   occurred?
17  17           A.     Which date you mean?
18  18           Q.     Let us -- yes.
19  19           A.     I cannot remember the exact date,
20  20   but it was --
21  21           Q.     Do you recall what time of year?
22  22           A.     -- it was a few days before
23  23   apparently it went up.  Well, he bought the
24  24   shares.  I do not know.  It went up or he bought
25  25   the shares.
00023:01  1           Q.     When Mr Afsarpour showed you the
02   2   chart on the laptop did he tell you if he had been
03   3   investing in this share or not?
04   4           A.     I do not know.  It depends. Yes,
05   5   probably he was saying that he is buying some.
06   6           Q.     Did you ultimately decide to
07   7   invest, to put money into the investment as well?
08   8           A.     Not at the beginning, but as I
09   9   previously at the interview said that he is my
10  10   friend.  I was just -- the day that he was talking
11  11   about the shares, the night on the poker game, it
12  12   was more than support.  Sort of, more like a
13  13   support that I was giving him that to, sort of, I
```

**Case Clip(s) Detailed Report**
**Monday, October 31, 2016, 5:10:41 PM**

## SEC v Sabrdaran

```
14  14   was saying that, okay, I might buy some shares.
15  15            Q.      When you agreed to buy some shares
16  16   did you open your own brokerage account like you
17  17   did when you invested in Eurotunnel?
18  18            A.      I did not open anything.  I do not
19  19   know.  I just put some money in Farhang,
20  20   Mr Afsarpour's account and I said, "do whatever
21  21   you think is right".
22  22            Q.      How much money did you give
23  23   Mr Afsarpour?
24  24            A.      It was #3,000.
25  25            Q.      And how did you get it to him?
00024:01  1        A.      From my bank went to his bank.
02  2            Q.      You wired it?
03  3            A.      I think it was wired.  Yes. I think
04  4   so.
05  5            Q.      Why did you not open your own
06  6   brokerage account?
07  7            A.      At the time I was not interested in
08  8   any of these sort of things, because ...
09  9            Q.      So instead you just wired the money
10  10   to Mr Afsarpour?
11  11            A.      (Witness nodded).
12  12            Q.      Do you know if anybody else
13  13   invested?
14  14            A.      Mr Vasseghi, Shahrokh Vasseghi, at
15  15   the time, and he was unsure so one of the nights
16  16   that we were talking about it actually at
17  17   Farhang's house, it was on one of the poker nights
18  18   at the end of the night, sort of, arguing.  Then
19  19   me and Shahrokh when they came out to go home came
20  20   down from the apartment in the car park and we
21  21   started talking, Shahrokh wanted to know should
22  22   they put some money, and I said just I am going to
23  23   put just a little because I am not sure.  Put
24  24   whatever you can afford to lose because you do not
25  25   know I have seen people buying Vodafone that lost
00025:01  1   a bit of money.  I also bought -- like Eurotunnel
02  2   I lost money in 1980s. Just if you trust you are
03  3   talking about you can trust Mr Afsarpour.  He is
04  4   not going to run to Mexico with your money.  He is
05  5   going to invest it and whatever.
```

**7. PAGE 25:17 TO 26:19  (RUNNING 00:01:23.575)**

```
17  17            Q.      Now, when you gave the money to
18  18   Mr Afsarpour what did you think you were investing
19  19   in?
20  20            A.      Shares.  Buying some shares.  I
21  21   thought I buy 3,000 worth of shares.  I looked at
22  22   if I lose because I look at the shares, the chart,
23  23   and he showed me that the lowest point was
24  24   about -- I think at that time it was $8 or $9 on
25  25   the shares.  So I thought if I am buying it it was
00026:01  1   about $13 or $14 that time, if I am buying it much
02  2   and it comes down so much I do not think I will
03  3   lose more than $700, $800.  #700 pounds or
04  4   dollars.  Something like that.  So I did not think
05  5   it was too much of a loss.
06  6            Q.      Did you ever ask Mr Afsarpour what
07  7   the investment was going to be in?  What type of
08  8   security?
09  9            A.      Did I ask if it is going to --
10  10            Q.      Did you ever ask if it was going to
11  11   be into shares? That Mr Afsarpour was going to buy
12  12   shares with the money you gave him?
13  13            A.      -- I cannot remember specifically
```

## SEC v Sabrdaran

```
14   14      what I said, but I think just whatever you like to
15   15      do.
16   16              Q.      What -- from the context of the
17   17      conversation that you had with Mr Afsarpour did
18   18      you think you were investing in shares?  Buying
19   19      actual shares?
```

**8. PAGE 27:01 TO 27:12 (RUNNING 00:00:37.966)**

```
00027:01  1              THE WITNESS:  All right. Yes, I
      02  2      thought it was just shares, yes.
      03  3              Can I interrupt you? I think just
      04  4      after I said just few months ago I realised that
      05  5      he bought some options that my money also could
      06  6      have been options, but I do not know what sort
      07  7      of -- because apparently they bought some 10 pence
      08  8      options or 5 pence option, I do not know, it is
      09  9      some sort of very low options, but I do not know
      10  10     whether my money -- because I got only about -- in
      11  11     my hand I got only #13,000 back. So I presume he
      12  12     got some shares for me.
```

**9. PAGE 27:19 TO 29:14 (RUNNING 00:02:37.605)**

```
      19  19             Q.      You said just a moment ago that you
      20  20     got some money back, how much did you get back?
      21  21             A.      In my hand I think it was around
      22  22     #13,000 I got back.
      23  23             Q.      Did there come a time -- well, so
      24  24     the -- whatever investment you made the price went
      25  25     up?
00028:01  1              A.      Yes.
      02  2              Q.      And so you made money off the deal?
      03  3              A.      Yes.
      04  4              Q.      Do you recall when you learned that
      05  5      the price of the stock, the shares had gone up?
      06  6              A.      I cannot remember exactly when, but
      07  7      I know that I look at the chart and I think at one
      08  8      time it was showing about -- around $30, but --
      09  9      and I remember that I had a conversation, I said
      10  10     why don't you sell it, and I am not sure if it was
      11  11     Mr Afsarpour who was in Manchester or was in Iran
      12  12     at that time, but I can remember that I asked him
      13  13     why don't you sell.  He said if you wait longer we
      14  14     can maybe go higher, higher, and he proved me
      15  15     wrong again and it went higher. So it went to
      16  16     around $50.
      17  17             Q.      Did Mr Afsarpour tell you why he
      18  18     thought the shares would go higher?
      19  19             A.      I cannot remember.  Maybe he said
      20  20     that it is options or maybe he said that just
      21  21     wait.  If it starts coming down.  I cannot
      22  22     remember why. I would not have understood if he
      23  23     said why.
      24  24             Q.      But you wanted to get your money
      25  25     out earlier?
00029:01  1              A.      I got some profit I wanted -- it
      02  2      did not matter. I said if I lose I lose.  I left
      03  3      it to him whether he want to sell it or buy.
      04  4              Q.      Now, have you ever heard of a
      05  5      company named InterMune?
      06  6              A.      I have heard it from -- I cannot
      07  7      remember, was it on the Internet or was it from
      08  8      yourselves that I think after these deals or
      09  9      whatever happened I think it was a page on the
      10  10     Internet on the Bloomberg or something that it was
      11  11     showing that -- was it ITMN, or was it the
      12  12     InterMune that the investigation is starting.
```

## SEC v Sabrdaran

```
13   13        Something like that it was. That was after the
14   14        shares went up.
```

**10.  PAGE 29:25 TO 31:19  (RUNNING 00:02:19.930)**

```
         25   25              Q.    Did Mr Afsarpour ever tell you that
00030:01   1    his accounts had been frozen?
         02   2              A.    Bal Nijjar, as you have, Mr Bal
         03   3    Nijjar, who is a pharmacist.  I remember that he
         04   4    said that Mr Bal Nijjar's account was apparently
         05   5    stopped.  Not himself.
         06   6              Q.    Mr Afsarpour never told you that
         07   7    his accounts had been frozen?
         08   8              A.    No, never.  But I think the only
         09   9    thing that he could not do any work with the IG
         10   10   account in Iran.  He was in Iran and he rang -- I
         11   11   do not know whether he rang or he emailed me that
         12   12   I cannot do that.  I do not know whether it is
         13   13   closed or what or I cannot do any transaction, can
         14   14   you open an account for me in IG.  So that is -- I
         15   15   did in case that I want to learn it myself in
         16   16   future.  So I opened the account for him.  But I
         17   17   do not know if any of his banks has been shut or
         18   18   something.
         19   19              Q.    When did you open the account with
         20   20   IG that Mr Afsarpour told you to open?
         21   21              A.    Sorry.
         22   22              Q.    Do you recall when you opened that
         23   23   IG account?
         24   24              A.    I do not know whether it was email
         25   25   or was it a phone call.
00031:01   1              Q.    No, it is when?
         02   2              A.    Oh, when.  I do not know.  I can
         03   3    check my emails, but it was Farhang, Mr Afsarpour
         04   4    was in Iran, but I cannot recall when it was.  Was
         05   5    it -- it was definitely after the shares went up,
         06   6    obviously, and so if it was -- I do not know if it
         07   7    was still 2010 or 2011.
         08   8              Q.    Did you ever learn what the company
         09   9    named InterMune did?
         10   10              A.    When you say, yes, I can, sort of,
         11   11   vaguely recall InterMune, obviously, something to
         12   12   do with chemical or maybe drugs so -- but I did
         13   13   not ask.  I do not know --
         14   14              Q.    Did you ask Mr Afsarpour that?
         15   15              A.    -- no.
         16   16              Q.    Did you learn that on your own?
         17   17              A.    I learned it, I think, again, I
         18   18   read it on the Internet maybe, but I do not know
         19   19   exactly what they did.
```

**11.  PAGE 31:25 TO 33:09  (RUNNING 00:01:39.798)**

```
         25   25              Q.    Did you ever learn of a
00032:01   1    Sasan Sabrdaran that Mr Afsarpour knew?
         02   2              A.    I cannot know the surname.  If you
         03   3    say it again, please?
         04   4              Q.    Sabrdaran?
         05   5              A.    I do not know.  I never seen him.
         06   6    Despite that Mr Afsarpour -- I have seen Mr Sasan
         07   7    years ago when I came from the States to
         08   8    Manchester, but I do not recall.  Not at all.  I
         09   9    cannot remember that I have seen him.
         10   10              Q.    Mr Afsarpour told you that you met
         11   11   a friend of his named Sasan here in Manchester, is
         12   12   that right?
         13   13              A.    That was after talking about
         14   14   someone being in the company, Sasan.  He said you
```

Case Clip(s) Detailed Report
Monday, October 31, 2016, 5:10:41 PM

## SEC v Sabrdaran

```
15  15    have seen him?  I said no, never.
16  16           Q.    Who said that Sasan worked at the
17  17    company?  Who told you that?
18  18           A.    After the shares apparently
19  19    Mr Afsarpour himself.
20  20           Q.    Did he say anything else?
21  21           A.    I do not know what year. I cannot
22  22    recall what year.
23  23           Q.    It was after the shares had gone
24  24    up?
25  25           A.    It was definitely after the
00033:01  1    shares...
02  2           Q.    What did Mr Afsarpour say about the
03  3    Sasan that he knew who worked at the company?
04  4           A.    After the shares --
05  5           Q.    After the shares went up.
06  6           A.    -- I do not know.  He just -- the
07  7    guy is working.  They had -- he knows his family
08  8    in Iran.  You have seen him, Sahab, he said.  I
09  9    said I do not recall. Apparently he was helping
```

**12. PAGE 33:14 TO 33:16  (RUNNING 00:00:06.869)**

```
14  14           Q.    Now, Mr Sepahpourfard, Mr Afsarpour
15  15    is a friend of yours?
16  16           A.    Of course, yes.
```

**13. PAGE 34:02 TO 37:03  (RUNNING 00:04:13.706)**

```
02  2           Q.    Mr Sepahpourfard, during the break
03  3    I asked you to write down your name, your phone
04  4    numbers and your email address on a sheet of
05  5    paper, is that right?
06  6           A.    That is right. Yes.
07  7           Q.    Handing you what the Court Reporter
08  8    had marked as Exhibit 27, are those phone numbers
09  9    the numbers that you had in 2010, to the best of
10  10    your recollection?
11  11        (Exhibit 27 marked for identification)
12  12           A.    Correct, yes.
13  13           Q.    And is that email address the email
14  14    address you had in 2010 to the best of your
15  15    recollection?
16  16           A.    Yes.
17  17           Q.    And are those the numbers and email
18  18    address that you wrote down and I had asked you to
19  19    do?
20  20           A.    Yes.
21  21           Q.    Thank you. Now, I just have a few
22  22    follow up questions, sir, we talked a little bit
23  23    about Sasan earlier in this deposition, at the
24  24    poker party when Mr Afsarpour encouraged you and
25  25    others to invest in ITMN did Mr Afsarpour mention
00035:01  1    that he knew somebody that worked at the company?
02  2           A.    I do not recall anything like that
03  3    at all.
04  4           Q.    At any time prior to the poker
05  5    party that Mr Afsarpour encouraged you to invest
06  6    in ITMN did Mr Afsarpour mention that he knew
07  7    somebody who worked at the company?
08  8           A.    No, he did not.
09  9           Q.    Now, do you recall the time between
10  10    the poker party and the time you provided
11  11    Mr Afsarpour the money for the investment?
12  12           A.    Do I remember the time between the
13  13    poker and the time that I ... I remember I came
14  14    down, as I said, with Mr Vasseghi into the -- I
15  15    came down to the car park below his apartment, and
```

### SEC v Sabrdaran

```
16  16    we talk about the buying or not buying, and I was,
17  17    sort of, not convincing Shahrokh, but I was
18  18    convincing Shahrokh because Shahrokh know
19  19    Mr Afsarpour since, I think, it is about nearly --
20  20    it is not -- I do not know if it is 10 years. It
21  21    is not 10 years, maybe 8, 9 years. So I was
22  22    saying that I know Farhang, he is not a person who
23  23    is going to escape with your money.  If you give
24  24    any money to him he is going to put it wherever he
25  25    thinks is okay. He is not going to escape with
00036:01  1  your money basically. And I said to him if you are
02  2     doing shares just be careful because shares, the
03  3     same speed they can go up they can come down twice
04  4     as fast.  So just be careful what you doing.  I
05  5     put #3,000.  Maybe you do whatever you are
06  6     comfortable with.
07  7          Q.     Was the time between your
08  8     discussion with Mr Vasseghi at the poker party and
09  9     the time you gave Mr Afsarpour the money, was it a
10  10    matter of days?
11  11         A.     I cannot exactly remember, but I
12  12    think so.  I do not think it was more than 10 days
13  13    or anything.  It was within a few days anyway.
14  14         Q.     And the time that -- between the
15  15    poker party where you had this conversation with
16  16    Mr Vasseghi and the time that the shares went up
17  17    was that a matter of days?
18  18         A.     Umm.
19  19         Q.     If you recall?
20  20         A.     I cannot remember, but I think it
21  21    was at least 2 weeks. I cannot exactly remember.
22  22         Q.     Okay. I asked you a couple of
23  23    questions just before the break, Mr Afsarpour is a
24  24    close friend of yours?
25  25         A.     Yes.  Yes.
00037:01  1          Q.     You do not want to see anything bad
02  2     happen to Mr Afsarpour, do you?
03  3          A.     No.  Unless I do it myself.  No.
```

**14. PAGE 37:08 TO 38:23  (RUNNING 00:02:27.441)**

```
08  8          Q.     You testified this morning that you
09  9     have known Mr Afsarpour for a number of years?
10  10    Over 20 years?
11  11         A.     About 34 years, 35 years. Yes.
12  12         Q.     What type of person would you
13  13    describe him to be in terms of his character?
14  14         A.     He is very positive.  He is the
15  15    most positive person I have seen.  I do not know
16  16    if he is a bit stupid or positive.  I do not know.
17  17    He is somewhere in between.  But he is very
18  18    helpful. He is quite ... sometimes we have to help
19  19    him with the words.  He is very persuasive
20  20    sometimes. He can be -- sometimes he can be big
21  21    headed. But he is always ready to help other
22  22    people.  If you are short of money you do not need
23  23    to ask him. He comes and says how much do you
24  24    need.  That is the kind of person he is.
25  25         Q.     To your knowledge is he involved in
00038:01  1  any local charities?
02  2          A.     Yes.  Yes.
03  3          Q.     What charity is that?
04  4          A.     It is to help the kids in Iran, it
05  5     is the -- the charity name is, sorry, just my mind
06  6     is everywhere. It is a charity for kids. The Hero
07  7     charity, yes.
08  8                 And also in this charity one day
```

## SEC v Sabrdaran

```
09   9          Mr Afsarpour came to he and said that I need you
10  10          to put name down for me, I want to open this
11  11          charity, this branch here in England, but it has
12  12          to be, I do not know, 3 or 4 people as trustees
13  13          and this, so would you be able to do that for me.
14  14          At first I said, yes, children, but I do not want
15  15          to be in this charity. But I think he needed a
16  16          couple of people.  So eventually I agreed and I
17  17          gave my name to put as trustee there. That the
18  18          money that goes has to be, sort of, see if it is
19  19          right or wrong.  So as a trustee I was -- go to a
20  20          charity with him.
21  21                Q.    So you are involved in this charity
22  22          with him as a trustee?
23  23                A.    That is right, yes.
```

**15.  PAGE 39:14 TO 40:04  (RUNNING 00:00:57.386)**

```
14  14                Q.    I want to ask you about a little
15  15          bit different subject, is it unusual for
16  16          Mr Afsarpour to share his ideas about investments
17  17          with others?
18  18                A.    Unusual?
19  19                Q.    Yes.
20  20                A.    No, not all.  No. He always think
21  21          big.  He wanted to open a chain of business about,
22  22          I do not know, 100 fish and chip shop in England.
23  23          I said, well, you are just dreaming.  You better
24  24          start opening one or two first, see how it does.
25  25          But he always got ideas.  He always comes with
00040:01   1          ideas.  He wanted to go partner with Mr Vasseghi
02   2          on a couple of occasions in America.  I mean in
03   3          Canada and also in England to do some sort of
04   4          business. But every time it did not happen.
```

**16.  PAGE 40:05 TO 41:05  (RUNNING 00:01:17.664)**

```
05   5                Q.    And this poker party that you
06   6          described have you attended more than one poker
07   7          party that Mr Afsarpour --
08   8                A.    Oh, yes, many times.
09   9                Q.    -- and at this poker party at his
10  10          flat is it -- what night of the week typically --
11  11                A.    It is usually week-end.  It is
12  12          usually Saturday and Sundays.  Very -- I mean not
13  13          one in 10 maybe, but it is usually Saturday and
14  14          Sundays.
15  15                Q.    -- is there a regular group of
16  16          people who typically go?
17  17                A.    We have like 5 or 6 at least, maybe
18  18          more.  7 or 8 regular.  And the others, some
19  19          people coming from Sheffield, some people coming
20  20          from London. It depends.  I mean, you cannot
21  21          manage more than 12, 13, 14 people maybe.  So it
22  22          is usually about average of 12 people there.  So I
23  23          cannot tell that it is always from Sheffield.
24  24          Sometimes a mixture.
25  25                Q.    And does Mr Afsarpour talk about
00041:01   1          investments or ideas he has about making money at
02   2          these parties?
03   3                A.    Always.
04   4                Q.    Always?
05   5                A.    Always.  Yes.
```

**17.  PAGE 42:16 TO 43:03  (RUNNING 00:00:38.578)**

```
16  16                Q.    Do you remember him, without
17  17          necessarily recalling specific investments, do you
```

## SEC v Sabrdaran

```
18   18        remember him talking about investments at other
19   19        poker parties over the years?
20   20             A.    About this share?
21   21             Q.    No, just about other investment
22   22        ideas he had with people at these poker parties?
23   23             A.    Yes.  He quite often talks about --
24   24        I mean, he has done a couple of businesses with
25   25        people out of these conversations.  But I do not
00043:01  1    know what is what.  But he bought a couple of more
02   2         shops, 2, 3 more shops.  But I do not know exactly
03   3         what is happening.
```

**18.  PAGE 43:04 TO 43:14  (RUNNING 00:00:28.597)**

```
04   4             Q.    And you mentioned a poker party,
05   5         would you describe Mr Afsarpour as a person who
06   6         likes to gamble?
07   7             A.    He is a gambler.  He is -- of
08   8         course he is a gambler. He is a gambler, yes.
09   9             Q.    Did it surprise you that he invests
10   10        in the stock market or that type of market?
11   11            A.    Does he talk to me about it?
12   12            Q.    No, does it surprise you that he
13   13        invests in the stock market given his personality?
14   14            A.    No, not at all.
```

**19.  PAGE 44:16 TO 45:04  (RUNNING 00:00:44.554)**

```
16   16            A.    That is right, yes, correct, yes.
17   17            Q.    Did he say anything to you about
18   18        having inside or confidential information
19   19        regarding ITMN?
20   20            A.    Not at all.
21   21            Q.    Did he act suspicious or secretive
22   22        when he was talking about investing in ITMN?
23   23            MR SMITH:  Objection, vague.  You
24   24        can answer.
25   25            A.    He never -- he is never secretive
00045:01  1    actually.  He is never secretive.  He is a very,
02   2         very open person.  He just -- what can I say, he
03   3         is a very open person.  He does not have anything
04   4         to hide.
```

**20.  PAGE 45:05 TO 45:12  (RUNNING 00:00:22.202)**

```
05   5         BY MR COOKE:
06   6             Q.    So the conversation that he had
07   7         with you and others at this poker party about
08   8         ITMN, was it -- did it strike you as unusual in
09   9         any way given your history and experience with
10   10        him?
11   11            A.    Nothing unusual, no. That is his
12   12        character that he is.  Never unusual.
```

**21.  PAGE 45:22 TO 46:02  (RUNNING 00:00:19.001)**

```
22   22            Q.    So you testified earlier that
23   23        during the time when Mr Afsarpour was suggesting
24   24        that you purchase or invest in InterMune that he
25   25        did not tell you he knew anybody who worked at
00046:01  1    InterMune, correct?
02   2             A.    Correct.
```

**22.  PAGE 46:22 TO 49:18  (RUNNING 00:04:36.685)**

```
22   22            Q.    If you had known that Mr Afsarpour
23   23        knew somebody at InterMune when he was encouraging
24   24        you to invest in the company would you have
25   25        invested your money in the company?
```

## SEC v Sabrdaran

```
00047:01   1            A.     If -- did you say if I knew if
       02   2    Mr Afsarpour knew someone in the company that he
       03   3    would have ...
       04   4            Q.     I will ask you, if Mr Afsarpour had
       05   5    indicated to you that he knew somebody in the
       06   6    company would you have invested in the company?
       07   7            A.     If you know somebody in the company
       08   8    that -- it depends.  I mean, it can always help on
       09   9    the investment.  It is like getting a tip.  But it
       10  10    depends what, sort of -- how they know what it is.
       11  11            Q.     If Mr Afsarpour had indicated to
       12  12    you that he had insider information about the
       13  13    company would you have invested in the company?
       14  14            A.     What side of inside information you
       15  15    are talking about?  If you are saying inside
       16  16    information?
       17  17            Q.     Information that is not available
       18  18    to the public.
       19  19            A.     Oh, right, okay. I do not know. I
       20  20    do not ... it is a silly question. I do not know.
       21  21    I do not know. I cannot tell what sort of --
       22  22    because I did not know maybe -- I do not know what
       23  23    it is.  What sort of -- what they wanted to do
       24  24    with it.  I do not know. I am not that comfortable
       25  25    with it.
00048:01   1            Q.     What do you mean you are not that
       02   2    comfortable?
       03   3            A.     It is -- I do not know.  If it is
       04   4    something secret, obviously, secret, if I know --
       05   5    my first wife used to work in a big company and
       06   6    used to be a lot of secret papers and about
       07   7    properties and these sort of things, so I know
       08   8    secret -- how it is, sort of, that once something
       09   9    is secret so it is dangerous.  You can play with
       10  10    fire.
       11  11            Q.     So if Mr Afsarpour had indicated to
       12  12    you that he had information about the company that
       13  13    he was not supposed to have?
       14  14            A.     He never said that --
       15  15            Q.     Would you have invested?
       16  16            A.     -- he never mentioned any -- that
       17  17    he knows anybody in this company to me at least. I
       18  18    do not know about the others.  If they know this
       19  19    person in this company.  But I cannot recall that.
       20  20    I do not remember that. Even if he said -- even he
       21  21    said the name of Sasan somewhere I would not have
       22  22    put the name and the company together or anything
       23  23    like that because I do not know Sasan.  I have not
       24  24    seen him.
       25  25            Q.     Are there shares in other companies
00049:01   1    that Mr Afsarpour has encouraged you to invest in?
       02   2            A.     Shares, before this or after you
       03   3    are talking about?
       04   4            Q.     Before?
       05   5            A.     Yes, he used to ask me to buy like
       06   6    Vodafone and Nokia.  I do not know, a couple of
       07   7    other things maybe. But I cannot remember what
       08   8    they were called.
       09   9            Q.     Was there anything unusual about
       10  10    Mr Afsarpour's encouragement to buy InterMune
       11  11    compared to his encouragement to buy shares in
       12  12    other companies in the past?
       13  13            A.     I think it was not unusual for him
       14  14    to be sure of something because he is a bit big
       15  15    headed.  But he was saying that he is sure if it
       16  16    goes up it might happen again because it happened
```

**Case Clip(s) Detailed Report**
**Monday, October 31, 2016, 5:10:41 PM**

## SEC v Sabrdaran

```
17  17     the previous year, so he was saying just it was
18  18     worth taking a risk.  That is what he was saying.
```

**23. PAGE 49:21 TO 49:25  (RUNNING 00:00:20.378)**

```
21  21     When Mr Afsarpour was encouraging you to buy
22  22     shares in InterMune did he have a sense of urgency
23  23     about it?  Let me be more specific, did
24  24     Mr Afsarpour suggest that if you were to buy
25  25     shares in InterMune you should do it quickly?
```

**24. PAGE 50:02 TO 50:09  (RUNNING 00:00:33.272)**

```
02  2          A.    I think the reason was that he was,
03  3      sort of, busy or something that he said just do
04  4      not wait too long.  Just decide quickly and just
05  5      do it because he has been saying it for days and
06  6      nobody was doing anything.  So he was always just
07  7      saying that just make up your mind, are you buying
08  8      or not.  Do not waste my time.  That sort of
09  9      thing.  So as I said I went to him as support.
```

**25. PAGE 50:16 TO 51:12  (RUNNING 00:01:05.837)**

```
16  16         Q.    When Mr Cooke was asking you
17  17     questions you responded that it was not -- the way
18  18     that Mr Afsarpour was encouraging you and others
19  19     to invest in ITMN was not unusual, do you recall
20  20     that?
21  21         A.    I think so.  Yes.
22  22         Q.    Was it the same way that he
23  23     encouraged you to purchase stock in Vodafone?
24  24         A.    The same way, maybe it is more
25  25     committed because of, you know, it is a few years
00051:01  1  since he has been doing it so maybe he was
02  2      committed to, sort of, do as I say sort of thing
03  3      and follow me.
04  4          Q.    Did you invest in Vodafone stock
05  5      when Mr Afsarpour asked you to?
06  6          A.    No.
07  7          Q.    Did you invest in -- other than
08  8      ITMN did you invest in any other stock suggestion
09  9      that Mr Afsarpour provided to you?
10  10         A.    No, I did not.
11  11         Q.    ITMN was the only one?
12  12         A.    ITMN was the only one, yes.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:48:32.588)**