UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL MINUTE ORDER**

Case No.  14-cv-04825-JSC                     Case Name:  SEC v. Sabrdaran, et al.

Date:  November 10, 2016 (Day 15)             Time: 1 hour and 54 minutes

**The Honorable Jacqueline Scott Corley**

**Clerk**:  Ada Means                         **Court Reporters**: Belle Ball & Katherine Sullivan

**COUNSEL FOR PLTF**:                         **COUNSEL FOR DEFT**:

Kenneth Donnelly; James Smith                 Mark Fickes; Kimberly Almazan (Sabrdaran); Christopher Cooke; Patrick Murphy (Afsarpour)

Trial Began:  10/17/16                        Further Trial:  11/14/16

**TRIAL MOTIONS HEARD**:                      **DISPOSITION:**

1.  
2.  
3.  

**OTHER:**

Closing statement presented by Mr. Fickes for defendant Sabrdaran. Rebuttal closing statement present by Mr. Smith for Plaintiff. Jury deliberation commenced.

**VERDICT:**

**DISPOSITION OF EXHIBITS:**