UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 14-cv-04825-JSC
Case Name: Securities and Exchange Commission v. Sabrdaran, et al.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|---|
| Jacqueline Scott Corley | | James Smith; Kenneth Donnelly | Mark Fickes; Kimberly Almazan; Christopher Cooke; Patrick Murphy |
| **TRIAL DATE:** | | **REPORTERS:** | **CLERK:** |
| November 10, 2016 (Day 15) | | Belle Ball & Katherine Sullivan | Ada Means |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:37 a.m. | | | Court reconvenes, all parties present. Closing statement for Defendant Sabrdaran presented by Mr. Fickes. | |
| | | 10:07a.m. | | | Rebuttal closing statement for Plaintiff presented by Mr. Smith. | |
| | | 10:31 a.m. | | | The Court recites to the jury on the applicable laws therein. | |
| | | 10:33 a.m. | | | The jury retires to the jury deliberations room to commence their deliberations. Court stands in recess to await the jury's call. | |
| | | 4:05 p.m. | | | The jury is excused for the day. The matter is continued to November 14, 2016 at 8:00 a.m. for further civil jury trial. | |

1