UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     v.<br><br>SASAN SABRDARAN, et al.<br><br>          Defendant. | Case No. 14-cv-4825-JSC<br><br>**FINAL JUDGMENT AGAINST DEFENDANTS SASAN SABRDARAN AND FARHANG AFSARPOUR** |

Consistent with the Jury's Verdict against Defendants Sasan Sabrdaran and Farhang Afsarpour ("Defendants"), entered on November 14, 2016 (Dkt. No. 165), and consistent with the Court's Order Re Post-Trial and Remedy Motions, entered on May 15, 2017 (Dkt. No. 189):

**I.**
**(DISGORGEMENT BY DEFENDANTS)**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants, being liable for insider trading in violation of Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") (15 U.S.C. § 78j(b)) and SEC Rule 10b-5 promulgated thereunder (17 C.F.R. § 240.10b-5), are also liable for disgorgement of ill-gotten gains. Defendant Afsarpour is liable for disgorgement in the amount of $386,671.99, together with prejudgment interest thereon in the amount of $69,919.93, for a total of **$456,591.92**. Defendant Sabrdaran is liable for disgorgement jointly and severally with Mr. Afsarpour, up to an amount of **$288,968.19**.

Defendants shall satisfy their obligations by making payment to the Securities and Exchange Commission within 14 days after entry of this Judgment. Each Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/ Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Each Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

>Enterprise Services Center
>Accounts Receivable Branch
>6500 South MacArthur Boulevard
>Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; the name of the defendant; and specifying that payment is made pursuant to this Final Judgment. Photocopies of evidence of payment and case identifying information shall also be simultaneously transmitted to the Commission's counsel in this action.

By making payment, Defendants relinquish all legal and equitable right, title, and interest in such funds. The Commission shall hold the funds (collectively, the "Fund") and may propose a plan to distribute the Fund subject to the Court's approval. The Court shall retain jurisdiction over the administration of any distribution of the Fund.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest at any time after 14 days following entry of this Final Judgment. *See* Fed. R. Civ. P. 62(a). Each Defendant shall pay post judgment interest on any delinquent amounts that they owe, pursuant to 28 U.S.C. § 1961.

## II.
## (OFFICER AND DIRECTOR BAR AGAINST DEFENDANT SASAN SABRDARAN)

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, pursuant to Section 21(d)(2) of the Exchange Act (15 U.S.C. § 78u(d)(2)), Defendant Sabrdaran is permanently prohibited from acting as an officer or director of any issuer that has a class of securities registered pursuant to Section 12 of the Exchange Act (15 U.S.C. § 78l) or that is required to file reports pursuant to Section 15(d) of the Exchange Act (15 U.S.C. § 78o(d)).

## III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purpose of enforcing the terms of this Judgment and all order and decrees which may be entered herein, and to entertain any suitable application or motion for additional relief within the jurisdiction of this Court.

Dated: June 15, 2017

_____
HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE