UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SASAN SABRDARAN, et al.<br><br>Defendants,<br><br>and<br><br>BANK OF AMERICA, N.A., and its successors or assigns,<br><br>Garnishee. | Case No. 3:14-cv-4825 (JSC)<br><br>**POST-JUDGMENT CONTINUING WRIT OF GARNISHMENT PURSUANT TO RULE 69** |

TO:    Garnishee Bank of America, N.A.

REQUESTED BY:    United States Securities and Exchange Commission
Michael J. Roessner
Assistant Chief Litigation Counsel
100 F Street, NE, MS-5631
Washington, DC 20549-0022

ISSUED PURSUANT TO:    Rule 69

The Court having reviewed the Plaintiff's Application for Post-Judgment Writ of Garnishment, hereby issues this Post-Judgment Writ of Garnishment.

The United States Securities and Exchange Commission ("SEC") has information indicating that Garnishee may have possession, custody or control of property in which Defendant has a substantial nonexempt interest. This property may include Defendant's nonexempt disposable earnings (i.e., wages).

Pending further order of this Court, Garnishee is hereby directed to withhold and retain any property in its possession, custody or control in which Defendant has an interest at the time

this Writ is served or in which the Defendant may obtain an interest in the future, including Defendant's nonexempt disposable earnings. Garnishee is further directed to file a notice with the Clerk of the Court and copying counsel for the SEC indicating the amount of assets it is retaining pursuant to this Writ of Garnishment.

If Garnishee fails to withhold property in accordance with this Writ, Garnishee may be held in contempt by the Court or the Court may enter judgment against the Garnishee for the value of Defendant's nonexempt interest in such property, plus a reasonable attorney's fee to the SEC.

This Writ of Garnishment is a continuing writ and it will terminate only by:

(A) a court order quashing this Writ of Garnishment;

(B) exhaustion of property in the possession, custody, or control of the Garnishee in which the debtor has a substantial nonexempt interest (including nonexempt disposable earnings), unless the garnishee reinstates or re-employs the judgment debtor within 90 days after the judgment debtor's dismissal or resignation; or

(C) satisfaction of the debt with respect to which this Writ is issued.

To assist the Garnishee with its obligations under this Writ, the following information is provided:

| | |
|---|---|
| Defendant's Name: | Sasan Sabrdaran |
| Defendant's TIN: | XXX-XX-2270 |
| Defendant's Last Known Address: | San Francisco, California |
| Date of Judgment: | June 15, 2017 |
| Nature of Judgment: | Final Judgment |

Disgorgement Judgment

|   |   |
|---|---|
| Disgorgement | **$288,968.19** |
| Amount of Post-Judgment Interest on Disgorgement accrued as of 4/25/2024: | **$25,802.39** |
| Total Payments as of 4/25/2024: | **$22,200.00** |
| Total Amount Still Owing On the Judgment as of 4/25/2024: | **$292,570.58 (per diem of $9.24)** |

IT IS SO ORDERED.

Dated this 10th day of May, 2024.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Mark B. Busby*

S. Campos
_____
DEPUTY CLERK
UNITED STATES DISTRICT COURT